IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



DONALD WOLF and DOROTHY WOLF,

                 Plaintiffs

        v.

GENERAL MOTORS CORPORATION, et al.

                 Defendants.

:
:
:
:
:
:
:
:
:
:

**08 CIV 6168**

Civil Action No.:

**NOTICE OF REMOVAL OF DEFENDANT
GENERAL MOTORS CORPORATION**

Defendant General Motors Corporation ("General Motors") pursuant to 28 U.S.C. §1442(a)(1) and 1446 gives notice of removal of an action filed against it in the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York. As grounds for removal General Motors states as follows:

1.     On June 5, 2008, Plaintiffs served this action, Donald Wolf and Dorothy Wolf against General Motors Corporation and numerous other defendants, Index No.: 107498-08 in the Supreme Court of the Sate of New York, New York County. See Summons and Verified Complaint attached hereto as Exhibit A.

2.     This case is based on plaintiffs' allegations that Donald Wolf's asbestos related disease was caused by his exposure to asbestos.

3.     The Verified Complaint did not state Plaintiffs' case in a way in which it could be ascertained that it was removable.

4.      Plaintiffs' counsel also sent to counsel for General Motors a document entitled Plaintiffs' Response to Defendants' Fourth Amended Interrogatories and Request for Production of Documents. A copy is attached as Exhibit B. That document is dated May 28, 2008.

5.      Exhibit B identifies "General Motors 671s and 361 diesel engines" as alleged sources of asbestos exposure during the time Mr. Wolf served in the United States Navy. See Exhibit B at p. 20, Table A.

6.      Exhibit B does not state Plaintiffs' case in a manner in which it could be ascertained that it is removable because it does not indicate that this alleged exposure was Mr. Wolf's only alleged exposure to General Motors asbestos containing products.

7.      Mr. Wolf was deposed on June 23 and June 24, 2008, and did not testify that he was exposed to any General Motors asbestos containing products except for the General Motors diesel engines he testified he came in contact with while serving in the Navy, and this allowed the removable nature of this action to be ascertained.

8.      To the extent that Plaintiffs' claim that Mr. Wolf was exposed to asbestos contained within General Motors engines in ships of the United States Navy, General Motors is entitled to invoke the "government contractor defense" in response. *See Boyle v. United Technologies Corp.*, 487 U.S. 500 (1988). General Motors intends to assert the government contractors defense to all of Plaintiffs' claims.

9.      This is a civil action which may be removed pursuant to 28 U.S.C. §1442(a)(1) in that based on Mr. Wolf's testimony and Plaintiffs' answers to interrogatories, General Motors is entitled to rely on the federal officer removal statute because: (1) General Motors was acting under the direction of a federal officer in the course of the acts it allegedly performed; (2) General Motors has a federal defense to plaintiffs' claims; and (3) General Motors intends to

demonstrate that, if there is any causal nexus between Plaintiffs' claims and the acts it performed, the causal nexus is between Plaintiffs' claims and acts performed by General Motors under color of federal office.

10.    This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b), which provides that the notice removal shall be filed within thirty days after receipt of defendants, by service or otherwise, of a paper from which it may first be ascertained that the case is removable. First, it was filed within thirty days of General Motors ascertainment of the removable nature of this action at the deposition of Mr. Wolf. Additionally, it was within thirty days of initial service on General Motors. Thirty days from June 5, 2008 is July 5, 2008, a Saturday. When the final day for computing a period of time under a statute is a Saturday, the period runs until the first day that is not a Saturday, Sunday or legal holiday. F.R.C.P. 6.

11.    General Motors is not required to notify and obtain consent of any other defendant in this action in order to remove Plaintiffs' action as a whole under 28 U.S.C. §1442(a)(1).

12.    A copy of all process and pleadings served on General Motors are attached hereto. No orders have been served to date. Those documents, other than Exhibits A and B, are attached as Exhibit C.

13.    Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served on all parties and filed with the Supreme Court of the State of New York, County of New York.

**WHEREFORE,** General Motors Corporation, pursuant to these statutes and in conformance with the requirements of 28 U.S.C. §1446, removes this action from the Supreme Court of the State of New York, County of New York, on this 7th day of July, 2008.

By: _____

Timothy J. McHugh
**Lavin, O'Neil, Ricci, Cedrone & DiSipio**
420 Lexington Avenue
Suite 2900
New York, NY 10170
(212) 319-6898
*Attorney for Defendant,*
**General Motors Corporation**

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       )    ss.:
COUNTY OF NEW YORK     )

JOANNE PETERS, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Fairfield County, Connecticut.

On July 7, 2008 deponent served the within CIVIL COVER SHEET upon:

Weitz & Luxenberg
Attorneys for Plaintiffs
180 Maiden Lane
New York, New York 10038

All Defense Counsel – See Attached Rider

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Joanne Peters

Sworn to before me this
7th day of July, 2008

Notary Public

TIMOTHY J. McHUGH
Notary Public, State of New York
No. 02MC506248
Qualified in Suffolk County
Commission Expires July 1, 199
2010

-3-

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )
                             )    ss.:
COUNTY OF NEW YORK           )

JOANNE PETERS, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Fairfield County, Connecticut.

On July 7, 2008 deponent served the within RULE 7.1 STATEMENT upon:

Weitz & Luxenberg
Attorneys for Plaintiffs
180 Maiden Lane
New York, New York  10038

All Defense Counsel – See Attached Rider

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Joanne Peters

Sworn to before me this
7th day of July, 2008

TIMOTHY PUGH
Notary Public, State of New York
No. 02MC506248
Qualified in Suffolk County
Commission Expires July 1, 199
                          2010

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           )    ss.:
COUNTY OF NEW YORK         )

JOANNE PETERS, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Fairfield County, Connecticut.

On July 7, 2008 deponent served the within NOTICE OF REMOVAL upon:

Weitz & Luxenberg
Attorneys for Plaintiffs
180 Maiden Lane
New York, New York 10038

All Defense Counsel – See Attached Rider

at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Joanne Peters

Sworn to before me this
7th day of July, 2008

_____
Notary Public

TIMOTHY J. McHUGH
Notary Public, State of New York
No. 02MC506248
Qualified in Suffolk County
Commission Expires July 1, 199__
2010

**Nasco Aircraft Brake, Inc.**
James M. Altman, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

**Weil-McLain Company, Inc., Morse-Diesel Corp., Harbison Walker Refractories Co., J.H. France Refractories, A.P. Green Refractories, Pulmosan Safety Equipment and Cleaver Brooks Company, Aqua-Chem, Inc., Leeds & Northrup Foster Wheeler L.L.C. and CBS Corp./Westinghouse, Viacom, Inc.**
Malaby & Bradley, LLC
150 Broadway, Suite 600
New York, New York 10038
PH: 212-791-0285
FAX: 212-791-0286

**Pneumo Abex Corporation/Abex and Cooper Industries, Inc.**
Smith Abbot, LLP
48 Wall Street, Suite 1100
New York, New York 10005
PH: 212-981-4501
FAX: 212-981-4502

**Center for Claim Resolution and Pfaudler Co., Inc. Gerosa Incorporated Includes: A. P. Green, Armstrong World Industries, Dana Corp., Flexitallic, GAF Corp., Pfizer Quigley, T&N, Union Carbide, and U. S. Gypsum Co., Amchem Products, Inc., Certain-Teed Corporation, I.U. North America, Inc., National Service Industries, Inc., Nosroc Corp., and T&N PLC, Union Carbide Corp.**
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020-1182
Attention: Judith Yavitz,
PH: 212-278-1000
Fax: 212-278-1733

**Empire Ace Insulation, Fulton Boiler Works, Inc., The Synkoloid Company**
Barry, McTiernan & Moore
2 Rector Street, 14th Floor
New York, New York 10006
Attention: William A. Cooney, Esq.
PH: 212-608-8999
FAX: 212-608-8902

**Deere & Co.**
Harold Braff, Esq.
Braff, Harris & Suconeck
570 West Mt. Pleasant Avenue
Livingston, New Jersey 07039

PH: 973-994-6677
FAX: 973-994-1296

BW/IP, Inc. and Its Wholly Owned Subsidiaries

**Durabla Manufacturing Company**
Clemente, Mueller & Tobia, P.A.
P. O. Box 1296
Morristown, New Jersey 07962-1296
Attention: William F. Meuller, Esq.
PH: 973-455-8008
FAX: 973-455-8118

**Burnham Corporation, and Goulds Pump**
Cullen & Dykman
177 Montague Street
Brooklyn, New York 11201-3611
Attention: John J. Fanning, Esq.
PH: 718-855-9000
FAX: 718-935-1509

**Pittsburgh Corning Corporation and Union Pacific Railroad and Standard Motor Products**
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10167-2801
Paul F. Slater, Esq.
PH: 212-609-6800

**Hobart Brothers Company and The Lincoln Electric Company**
Thomas G. Carruthers, Esq.
O'Melveny & Myers, LLP
Times Square Towers
7 Times Square
New York, NY 10036
PH: 212-326-2000
FAX: 212-326-2061

**W. R. Grace & Co., Crown Cork & Seal, PPG Industries, Inc.,**
Rob Kearney
Flemming, Zulack & Williamson, LLP
One Liberty Plaza
New York, New York 10006-1404
PH: 212-412-9500
FAX: 212-964-9200

**DAIMLER Chrysler Corporation, Goodyear Tire & Rubber and Goodyear Canada, Inc. & Georgia Pacific**
James R. Lynch, Esq.
Lynch Daskal Emery LLP
264 West 40th Street
New York, NY 10018
212-302-2400
Fax: 212-302-2210

41126
7/7/08

**Ford Motor Company**
Aaronson Rappaport Feinstein & Deutsch, LLP
Attn: Mark Feinstein, Esq.
757 Third Avenue
New York, New York 10017
PH: 212-593-6700
FAX: 212-593-6970

**Kaiser Aluminum and Chemical Corporation, Rapid American**
Sonnenschein Nath & Rosenthal
Linda Yassky, Esq.
1221 Avenue of the Americas
New York, New York 10020
PH: 212-398-5297
Fax: 212-398-5245

**Anchor Packing Co., Garlock Sealing Tech, Greene Tweed & Co., Inc, Gardner Denver, Inc., and Cummins Inc., BW/IP, Inc.**
Segal, McCambridge Singer & Mahoney, Ltd.
830 Third Avenue, Suite 400
New York, New York 10022
PH: 212-912-3665
Fax: 212-912-3667

**ITT Industries American Standard, Inc., Weyerhaeuser Company, Bell & Gossett Co.**
Yvette Harmon, Esq.
McGuire Woods LLP
1345 Avenue of the Americas, Floor 7
New York, NY 10105-0005

**BOC (Airco)**
Glenn J. Pogust, Esq.
June O'Hea
Kaye, Scholer, Fierman, Hays, & Handler, LLP
425 Park Avenue
New York, New York 10022
PH: 212-836-8000
FAX: 212-836-8689

**BMCE, Inc., Borg-Warner Corp.**
**Robert A. Keasbey, Lockheed Martin Corp./Martin Marietta Corp.**
Arthur D. Bromberg, Esq.
Christopher B. Block, Esq.
Alla Kostinsky, Esq.
Weiner Lesniak, LLP
629 Parsippany Road
PO Box 438
Parsippany, NJ 07054-0438
973-403-1100
Fax: 973-403-0010
abromberg@weinerlesniak.com
and
Weiner Lesniak LLP

Anna M. DiLonardo, Esq.
Colleen M. Cronin, Esq.
Andrew M. Warshauer, Esq.
888 Veterans Memorial Highway
Suite 540
Hauppauge, NY 11788
631-232-6130
Fax: 631—232-6185
adilonardo@weinerlesniak.com

**The Okonite Co.**
McCullough Ginsberg Montano & Partners LLP
320 East 53rd Street, Suite 100
New York, NY 10022
Att: James S. Montano, Esq.
646-435-0300
Fax: 646-349-2217

**IBM, and New York Telephone Co**
Elizabeth Young, Esq.
Ledy-Gurren & Blumenstock, L.L.P.
475 Park Avenue South, 8th Floor
New York, New York 10016
PH: 212-753-4444
FAX: 212-753-1003

**Kentile Floors, Inc., Paccar, Inc., Xerox Corporation, General Dynamics, Brandon Drying Products, Albany International Corp.; Fairchild Corporation**
Cynthia Weiss Antonucci, Esq.
Harris Beach, LLP
805 Third Avenue, 19th Floor
New York, NY 10022
PH: 212-687-0100

**Crane Co.**
Kirkpatrick & Lockhart Preston Gates Ellis LLP
One Newark Center
Tenth Floor
Newark, NJ 07102-5252
973-848-4000
Fax: 973-848-4001

**Bethlehem Steel Corporation**
Regina Saat, Esq.
Greenberg, Trager & Herbst
767 Third Avenue, 12th Floor
New York, New York 10017
PH: 212-688-1900
FAX: 212-688-3201

**A.C.&S., and American Optical Corp.**
Richard O'Leary, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4096

41126
7/7/08

PH: 201-622-4444
Fax: 201-624-0707

**Aurora Pump Company Treadwell Corporation and Courter & Company Puerto Rico Safety n/k/a Worksafe Industries, Safeguard Industrial, H.B. Fuller Co., Plibrico, Peerless Industries Inc. d/b/a Peerless Heather Company**
**Sheldon Solow and Solow Development, Crossfield Products, TEC/HB Fuller,Taco, Inc., and Burns & Roe, Hercules Chemical Co., Inc., Kentile Floors, Inc.**
McGivney, Kluger & Gannon, P.C.
Chris Gannon, Esq.
80 Broad Street, 23rd Floor
New York, New York 10004
PH: 212-233-1550
FAX: 212-233-4987

**Tishman Realty & Construction Corporation, Carrier as successor to Bryant Heating & Cooling and United Technologies (Bryant Boilers), and Eastern Refractories, Yuba Industries**
Ahmuty, Demers & McManus
123 William Street
New York, New York 10038
PH: 212-513-7788
FAX: 212-513-7843

**Ingersoll Rand, Best Manufacturing Co., General Cable Corp., Nibco, Inc., Robbins & Myers, Inc., Chemineer, Inc., Moyno, Inc., Avon Products and Bird Inc. and Rheem Manufacturing Co.**
Lisa Pascarella, Esq.
Pehlivanian & Braaten, LLC
2430 Route 34
P.O. Box 648
Manasquan, NJ 08736

**York Industries, Inc. Janos Industrial Insulation Corporation, and Safeguard Industrial Equipment**
John Ronca, Jr., Esq.
Ronca, McDonald & Hanley
5 S Regent Street - Suite 517
Livingston, New Jersey 07039
PH: 973-994-2030
Fax: 973-994-2113

**Owens-Illinois, Inc.**
Paul A. Scrodato, Esq.
Schiff Hardin, LLP
900 Third Avenue, 23rd Floor
New York, New York 10022
PH: 212-753-5000
Fax: 212-753-5044

**General Electric Company, Central Hudson Gas and Electric Corporation, Rutland Fire & Clay, Foster Wheeler Energy Corp. and Caterpillar, Inc.**
Eric Kraus, Esq.
Sidney Rosen, Esq.
Sedgwick, Detert, Moran & Arnold
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
PH: 973-242-0002
FAX: 973-242-8099

**Ebasco Service, Inc. and United Engineering Construction, Inc.**
Shearman & Sterling
599 Lexington, Room 528
New York, New York 10022
PH: 212-848-4000
FAX: 212-848-7179

**Plibrico Co., and DB Riley, Inc.**
Barbara Packer-Rosen, Esq.
Waters, McPherson & McNeill
300 Lighting Way, 7th Floor
Secaucus, New Jersey 07096
PH: 201-863-4400
FAX: 201-863-2866

**Patterson-Kelly Company**
Nixon Peabody, LLP
Samuel Goldblatt, Esq.
40 Fountain Plaza Suite 500
Buffalo, New York 14202-2223
PH: 716-853-8121

**Teledyne Industries, Inc. (TDY)**
Kenney, Kanaley, Shelton & Liptak, LLP
Suite 510 Rand Building
14 Lafayette Square
Buffalo, NY 14203
PH: 716-853-3801
FAX: 716-853-0265

**A.W. Chesterton, A.P. Green Services/Bigelow/Liptak, McCord Corp., Verizon and Ericsson, Inc./Anaconda-Wire**
**and Rockbestos and Union Pump Company and regional counsel for Conwed Corporation**
Julie Evans, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 East 42nd Street
New York, New York 10017-5639
PH: 212-490-3000
FAX: 212-490-3038

**Whiting Corporation**
Jennifer H. Lin, Esq.
Winston & Strawn
200 Park Avenue, 28th Fl.

41126
7/7/08

New York, New York 10166
PH: 212-294-6700
FAX: 212-294-4700

**Keeler/Dorr-Oliver Boiler Company, Fairbanks Co.
and Zy-Tech Global Industries, Inc.**
Marin Goodman, LLP
40 Wall Street, 57th Floor
New York, NY 10005
PH: 212-661-1151
FAX: 212-661-1141

**O'Connor Constructors, Inc. f/k/a Thomas O'Connor
& Co. Inc.**
Andrew Sapon, Esq.
Bivona & Cohen
Wall Street Plaza
88 Pine Street, 25th Floor
New York, New York 10005-1886
PH: 212-363-3100
FAX: 212-363-9824

**Federal Mogul Products, Inc. f/k/a Felt Products Mfg.
Co., Felpro, Inc.**
Arent Fox Kintner Plotkin & Kahn
Attention: Rebecca Silberbogen, Esq.
Attention: Donald C. McLean, Esq.
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
PH: 202-857-6000
FAX: 202-857-6395

**Kewanee Boiler Co., fka Keewanee-Ross Corp., A.O.
Smith Water Products, Rockwell**
Joe LaSala, Esq.
Nancy McDonald, Esq.
McElroy, Deutsch & Mulvaney
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
PH: 973-993-8100
FAX: 973-425-0161

**Mack Trucks, Inc.**
Thomas J. Maimone, Esq.
Maimone & Associates
170 Old Country Road, Suite 609
Mineola, NY 11501
PH: 516-390-9595

**Uniroyal, Inc. (United States Rubber Co.)**
Norman Senior, Esq.
Greenfield Stein & Senior, LLP
600 Third Avenue
New York, New York 10016-1903
PH: 212-818-9600
FAX: 212-818-1264

**Caterpillar, Inc. and Perkins Engines, Inc.**
Jeffrey M. Thomen, Esq.
Catherine A. Mohan, Esq.
McCarter & English, LLP
CityPlace I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495
PH: 860-275-6700
FAX: 860-724-3397

**Motion Control Industries as predecessor in interest to
Carlisle Corp.**
Russell A. Pepe, Esq.
Harwood Lloyd, LLC
130 Main Street
Hackensack, NJ 07601
PH: 201-487-1080
FAX: 201-487-4758

**Lipe-Rollway Corporation/Lipe-Automation**
Jan K. Myers
Newman Fitch Altheim Myers
14 Wall Street
New York, NY 10005

**Perkins Engines, Inc.**
Block & Colucci
Suite 2000 - Liberty Building
424 Main Street
Buffalo, NY 14202
PH: 716-853-4080
FAX: 716-854-4070

**Avocet Enterprises**
Jay Bielat, Esq.
Nicoletti, Gonson & Bielat, LLP
555 Fifth Avenue, 8th Fl.
New York, New York 10017
PH: 212-730-7750
FAX: 212-730-7850

**Wheelabrator Air Pollution Control, Inc.**
John Horenstein, Esq.
Condon & Forsyth, LLP
7 Time Square Tower, 18th Floor
New York, New York 10036
PH: 212-490-9100
FAX: 212-370-4453

**National Counsel for Fibreboard Corporation**
Harold Walter, Esq.
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
PH: 410-752-9700
FAX: 410-727-5460

41126
7/7/08

**Oakfabco, Inc.**
Newman Fitch Altheim & Myers, P.C.
14 Wall Street, 22nd Fl.
New York, New York 10005-2101
PH: 212-619-4350
FAX: 212-619-3622

**Consolidated Edison Company of NY, Inc. and Orange & Rockland Utilities, Inc.**
Francis M. Leonard, Esq.
4 Irving Place
New York, New York 10003
PH: 212-460-3389
FAX: 212-780-6483

**Southdown, Inc.**
James B. Daniels, Esq.
Budd Larner Gross Rosenbaum Greenberg & Sade
150 John F. Kennedy Parkway, CN1000
Short Hills, New Jersey 07078-0999
PH: 973-315-4432
FAX: 973-379-7734

**Pratt & Whitney Aircraft a division of United Technologies Corporation and E&B Mill Company**
George N. Tompkins, III
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, New York 10005-9998
PH: 212-973-8000
Fax: 212-972-8798

**Gasket Holdings, Inc./Flexitallic, Porter Hayden Company, Federal Mogul Products, Inc. f/k/a Felt Products, Inc., Federal Mogul Products, Inc. f/k/a Moog Automotive, Inc./Wagner Electric and Turner & Newall**
Jennifer W. Darger, Esq.
Hanly Conroy Bierstein Sheridan
112 Madison Avenue, Floor 7
New York, NY 10016-7416
PH: 212-401-7600
FAX: 212-401-7618

**North American Refractories Companies ("NARCO") Honeywell Corp. f/k/a Allied-Signal/Bendix**
Donald R. Pugliese, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, New York 10173
PH: (212) 547-5400

**Eastern Refractories Co., Inc.**
McMahon, Martine & Gallagher
Heidi Change, Esq.
Nicole Price Wesselmann, Esq.
90 Broad Street
New York, New York 10004

PH: 212-747-1230
FAX: 212-747-1239

**Cutler Hammer**
Deborah L. Slowata, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
1300 Mount Kemble Avenue
PO Box 2075
Morriwtown, NJ 07962

**Freightliner and Hino Diesel Trucks (USA)**
Herzfeld & Rubin
Edward L. Birnbaum, Esq.
40 Wall Street
New York, New York 10005
PH: 212-344-5500
FAX: 212-344-3333

**H.B. Smith Co.**
Peter Stasz, Esq.
H.B. Smith Company, Inc.
47 Westfield Industrial Park Road
Westfield, MA 01085
PH: 413-568-3148
FAX: 413-568-0525

**Harco Laboratories as successor to Harris Industries, H.E.&M. Corp. and Harco Chemical**
Abrams, Gorelick, Friedman & Jacobson, P.C.
Glenn A. Jacobson, Esq.
1 Battery Park Plaza #4
New York, New York 10004-1475
PH: 212-422-1200
FAX: 212-986-7573

**National Grid**
Elisa Pugliese, Esq.
Keyspan Corporation
175 East Old Country Road
Hicksville, New York 11801
PH: 516-755-6650
FAX: 516-545-5029

**Kohler Co.**
Hoagland, Longo, Moran, Dunst & Doukas
Marc S. Gaffney, Esq.
40 Patterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
PH: 732-545-4717
FAX: 732-545-4579

**Reynolds Metals Co. as successor to Atlantic Asbestos Corp.**
Hutton & Williams
Lori Elliot Guzman, Esq.
Riverfront Plaza East Tower
951 East Byrd Street

41126
7/7/08

Richmond, VA 23219
PH: 804-788-8362
FAX: 804-788-8218

**Sequoia Ventures, Inc. f/k/a Bechtel Corp.**
Landman Corsi Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, New York 10271-0079
PH: 212-238-4800

**Tishman Liquidating Corp.**
Fabiani & Cohen, LLP
John V. Fabiani, Jr.
570 Lexington Avenue, 4th Floor
New York, New York 10022
PH: 212-644-4420
FAX: 212-752-8053

**United Conveyor Corp.**
Garrity, Graham, Favetta & Flynn
Anthony J. Marino, Esq.
One Lackawanna Plaza
Montclair, New Jersey 07042-8205
PH: 973-509-7500
FAX: 973-509-0414

**Clayton Industries**
Schepp Yuhas Doman & Harris
Maryann Bucek-Kenny
Nancy McDonald, Esq./John Orth, Esq.
1 Battery Park Plaza, Ste 3010
New York, New York 10004-1437
PH: 212-869-8620
FAX: 212-869-0225

**Alcoa**
Le Boeuf, Lamb, Greene & Mac Ray, LLP
Philip J. Morin, III, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
PH: 973-643-8000
FAX: 973-643-6111

**BAY CRANE SERVICE INC**
Harris Birnbaum, Esq.
2 Birchwood Court
Mineola, New York 11501
PH: 516-248-2750
**CLARK EQUIPMENT COMPANY**
Lomell, Muccifori, Adler, Ravaschiere, Amabile &
Pehlivanian
John S. Pehlivanian, Esq.
250 Washington Street
P.O. Box 787
Toms River, New Jersey 08754
PH: 732-349-2443
FAX: 732-528-4445

**LINK-BELT     CONSTRUCTION     EQUIPMENT
COMPANY**
Clauss & Sabatini
Ava Maynard, Esq.
237 West 35th Street, Suite 1502
New York, New York 10001
PH: 212-239-5900
FAX: 212-279-1265

**Occidental Chemical Corporation**
Phillips, Lytle, Hitchcock, Blaine & Huber LLP
Robert E. Glanville, Esq.
3400 HSBC Center
Buffalo, New York 14203
PH: 716-847-8400
FAX: 716-852-6100

**Maremont Corporation and Heidelberg, USA, Inc.**
Kasowitz, Benson, Torres & Friedman LLP
Marc E. Kasowitz
1633 Broadway
New York, New York 10019
PH: 212-506-1700

**IMO Industries, E.I. Dupont De Nemours & Co. and**
Leader & Berkon
630 Third Avenue, 17th Floor
New York, New York 10017
PH: 212-486-2400
FAX: 212-486-3099

**ABB Lummus Crest, Inc.**
Picillo Caruso O'Toole
60 Route 46 East
Fairfield, NJ 07004
PH: 973-667-6000
FAX: 973-667-1200

**Insulation Distributors, Inc.**
Damon & Morey, LLP
1000 Cathedral Place
298 Main Street
Buffalo, New York 14202-4096
PH: 716-856-5500
FAX: 716-856-5510

**The Goodrich Company**
Patrick J. Dwyer, Esq.
Smith, Stratton, Wise, Heher & Brennan, LLP
2 Research Way
Princeton, New Jersey 08540
PH: 609-924-6000
FAX: 609-987-6651

**Buffalo Pumps, Inc.**
Edward J. Wilbraham, Esq.

41126
7/7/08

Wilbraham Lawler & Buba
1818 Market Street, Suite 3100
Philadelphia, PA 19103

**Great Lakes Dredge & Dock Co.**
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
212-425-1900

**Hamilton Engine Sales, Inc., Goss International Americas, Inc. and Goss International, Inc.**
Courtney C. Dippel, Esq.
Holland & Knight
2300 U.S. Bancorp. Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
503-243-2300

**Harris Corporation**
O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005-3686

**Metropolitan Life Insurance Company**
Shehzad Hasan, Esq.
Steptoe & Johnson
750 Seventh Avenue, 19th Floor
New York, NY 10019
212-506-3900
and
Thompson Hine LLP
335 Madison Avenue
12th Floor
New York, NY 10017-4611

**The Sager Corporation**
Rob C. Tonogbanua, Esq.
Dickie, McCamey & Chilcote, PC
Public Ledger Building, Suite 901
150 South Independence Mall West
Philadelphia, PA 19106-3409
215-925—2289
215-925-0307 (fax)

**Empire Ace Insulation Mfg. Corp.**
Steve Kevelson, Esq.
One Cozine Avenue
Brooklyn, NY 11207

**Eastman Kodak Company**
Meghan M. DiPasquale, Esq.
Daniel P. Purcell, Esq.
Ward Norris Heller & Reidy LLP

300 State Street
Rochester, NY 14614

**Mitsubishi Heavy Industries America, Inc., Mitsubishi International Corporation, MLP U.S.A., Inc. a/k/a Mitsubishi Lithographic Pressm, Viad Corp.**
John F. Parker, Esq.
Jeffrey R. Escobar, Esq.
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

**Oxy-Dry Corporation**
Laura A. Siclari, Esq.
Hoagland, Longo, Moran, Dunst & Coukas
40 Paterson Street
PO Box 480
New Brunswick, NJ 08903

**Varn International, Inc.**
Margaret L. Mockbee, Esq.
Lewis, Brisbois, Bisgaard, & Smith LLP
199 Water Street, Suite 2500
New York, NY 10038

**Shinohara, USA, Inc.**
Robert A. Calinoff, Esq.
Calinoff & Katz, LLP
140 E. 45th Street
17th Floor
New York, NY 10017

**BMCE, Inc. f/k/a Untied Centrifugal Pump**
Art Bromberg, Esq.
L'Abbate, Balkan, COlavita & Contini
7 Regent Street, Suite 711
Livingston, NJ 07039

**Beazer East, Inc. s/h/a Koppers Industries, and Koppers Industries**
Daniel J. McNamara, Esq.
DeCicco, Gibbons & McNamara, P.C.
14 East 38th
New York, NY 10016

**Central Hudson Gas & Electric Corporation**
Ruthe A. Nepf, Esq.
Thompson Hine LLP
One Chase Manhattan Plaza, 58th Floor
New York, NY 10005

**D.B. Riley, Inc. and Elliott Turbomachiner Co. Inc.**
John J. Kot, Esq.
Waters, McPherson & McNeil
300 Lighting Way, 7th Floor

41126
7/7/08

Secaucus, NJ 07096

**Mansfield Plumbing Products, LLC**
Mintzer Sarowitz Zeris Ledva Meyers
39 Broadway, Suite 950
New York, NY 10006

**Adience, Inc., BMI and Premier Refractories, Inc.**
Marks, O'Neill, O'Brien & Courtney, P.C.
530 Saw Mill River Road
Elmsford, NY 10523
914-345-3701

**Borden Chemical, Inc., Borden, Inc. and Hexion
Specialty Chemicals, Inc.**
DelBello Donnellan Weingarten Wise & Wiederkehr
One North Lexington Avenue
White Plains, NY 10601

**Kone Inc., s/h/a Armour Kone Elevator Co., Inc.
Flynn Hill Elevator Corporation and
Montghomery Kone Inc.**
Morison Ansa Holden Assuncao & Prough, LLP
50 Main Street, Suite 1000
White Plains, NY 10606

**Unknown**
William L. Crow Construction Company

41126
7/7/08

**EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X    Index No.: 107498-08

DONALD WOLF and DOROTHY WOLF,
                                                                        Date Filed: 5/29/08

                                        Plaintiff(s),                   Plaintiff Designates
                                                                        **NEW YORK**
                    -against-                                           County as the Place of Trial

A.O. SMITH WATER PRODUCTS CO.,                                          The Basis of Venue is
A.W. CHESTERTON COMPANY,                                                Defendants' Place of Business
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
BMCE INC.,                                                              **SUMMONS**
     f/k/a UNITED CENTRIFUGAL PUMP,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
     Individually, and as successor to
     BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,                                             NEW YORK
     f/k/a BORG WARNER INDUSTRIAL PRODUCTS                         COUNTY CLERK'S OFFICE
     successor to BYRON JACKSON PUMPS,
CARRIER CORPORATION,                                                   MAY 29 2008
     Individually, and as successor in interest to
     BRYANT HEATING & COOLING SYSTEMS,                              NOT COMPARED
CBS CORPORATION, a Delaware Corporation,                            WITH COPY FILE
     f/k/a VIACOM INC. successor by merger to CBS
     CORPORATION, a Pennsylvania Corporation,
     f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CRANE PUMPS,
EMPIRE-ACE INSULATION MFG. CORP.,
GARLOCK SEALING TECHNOLOGIES LLC,
     f/k/a GARLOCK INC.,
GENERAL MOTORS CORPORATION,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
KEELER-DORR-OLIVER BOILER COMPANY,
KOHLER CO.,
LESLIE CONTROLS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES, INC.,
PREMIER REFRACTORIES, INC.,
     f/k/a ADIENCE, INC., f/k/a BMI,

RAPID-AMERICAN CORPORATION,
REYNOLDS METALS COMPANY,
   Individually and as successor in interest to ATLANTIC
ASBESTOS CORP.,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, INC.,
WEIL-MCLAIN,
   a division of THE MARLEY COMPANY,

Defendants.

------------------------------------------------------------------------------X

To the above named Defendant(s)


     **You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, May 29, 2008
    New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
180 Maiden Lane
New York, New York 10038
(212) 558-5500

## DEFENDANTS' RIDER

**A.O. SMITH WATER PRODUCTS CO.**
11270 West Park Place
Milwaukee, WI 11270

**A.W. CHESTERTON COMPANY**
Joseph E. Riley
225 Fallon Road
Stoneham, MA 02180

**ANCHOR PACKING COMPANY**
CT Corporation System
100 Pine Street,
Suite 325 .
Harrisburg, PA 17101

**AQUA-CHEM, INC.**
7800 North 113th Street
Milwaukee, WI 53224

**BMCE INC.,**
 **f/k/a UNITED CENTRIFUGAL PUMP**
Weiner Lesniak LLP
Anna M. DiLonardo
888 Veterans Memorial Highway
Hauppague, NY 11788

**BUFFALO PUMPS, INC.**
874 OLIVER STREET
N. TONAWANDA, NY 14120

**BURNHAM, LLC,**
 **Individually, and as successor to**
 **BURNHAM CORPORATION**
1239 Harrisburg Pike
Lancaster, PA 17603

**BW/IP INTERNATIONAL, INC.,**
 **f/k/a BORG WARNER INDUSTRIAL PRODUCTS**
 **successor  to BYRON JACKSON PUMPS**
200 South Michigan Avenue
Chicago, IL 60604

**CARRIER CORPORATION,**
 **Individually, and as successor in interest to**
 **BRYANT HEATING & COOLING SYSTEMS**
CT Corporation System
111 8th Avenue
New York, NY 10011

**CBS CORPORATION, a Delaware Corporation,**
**f/k/a VIACOM INC. successor by merger to CBS**
**CORPORATION, a Pennsylvania Corporation,**
**f/k/a WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**CERTAIN TEED CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**CLEAVER BROOKS COMPANY, INC.**
11950 West Park Place
Milwaukee, WI 11270

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**CRANE PUMPS**
CT Corporation System
1300 East Ninth Street
Cleveland , OH 44114

**EMPIRE-ACE INSULATION MFG. CORP.**
c/o THE SECRETARY OF STATE
41 State Street
Albany, NY 12207

**GARLOCK SEALING TECHNOLOGIES LLC,**
**f/k/a GARLOCK INC.**
CT Corporation System
111 8th Avenue
New York, NY 10011

**GENERAL MOTORS CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**GOULDS PUMPS, INC.**
240 Fall Street
Seneca Falls, NY 13148

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**H.B. FULLER COMPANY**
Charles Becker, Esq.
Meagher & Geer
4200 Multifoods Tower
33 South Sixth Street
33 South Sixth Street
Minneapolis, MN 55402-3788

**IMO INDUSTRIES, INC.**
997 Lenox Drive
Suite 111
Lawrenceville, NJ 08648

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**ITT CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**J.H. FRANCE REFRACTORIES COMPANY**
SPECIAL CLAIMS SERVICES, INC.
809 Coshocton Avenue
Suite 1
Mount Vernon, OH 43050-1931

**KEELER-DORR-OLIVER BOILER COMPANY**
Wayne A. Marvel, Esq.
Maron & Marvel
1300 North Broom Street
Wilmington, DE 19806-4206

**KOHLER CO.**
HOAGLAND, LONGO, MORAN, DUNST, &
DOUKAS, LLP
Marc S. Gaffrey, Esq.
40 Patterson Street
New Brunswick, NJ 08903

**LESLIE CONTROLS, INC.**
12501 Telecom Drive
Tampa, FL 33637

**OAKFABCO, INC.**
705 McKnight Park Drive
Pittsburgh, PA

**OWENS-ILLINOIS, INC.**
One Michael Owens Way
Perrysburg, OH 43551

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**PEERLESS INDUSTRIES, INC.**
Carol Martindell
McGivney & Kluger, P.C
23 Vreeland Road, Suite 220


Florham Park, NJ 07932

**PREMIER REFRACTORIES, INC.,**
   **f/k/a ADIENCE, INC., f/k/a BMI**
Special Claims Services, Inc.
809 Coshocton Avenue, Suite 1
Attention: Donald E. Ward, President
Mount Vernon, OH 43050

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

**REYNOLDS METALS COMPANY,**
   **Individually and as successor in interest to ATLANTIC ASBESTOS CORP.**
Lori Elliott Guzman, Esq.
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

**THE FAIRBANKS COMPANY**
CT Corporation System (GA)
1201 Peachtree Street NE
Atlanta , GA 30361

**TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.**
Michele Corcoran, New Filings Manager
c/o PACE
1009 Lenox Drive, Bldg 4 Suite 101
Lawrenceville, NJ 08648

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**WARREN PUMPS, INC.**
82 Bridges Avenue
Warren, MA 01083

**WEIL-MCLAIN,**
   **a division of THE MARLEY COMPANY**
500 Blaine Street
Michigan City, IN 46360

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------X  Index No.:
DONALD WOLF and DOROTHY WOLF,
                                                                        Date Filed:

                                        Plaintiff(s),

                        -against-                                       **VERIFIED**
                                                                        **COMPLAINT**
A.O. SMITH WATER PRODUCTS CO.,
A.W. CHESTERTON COMPANY,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
BMCE INC.,
     f/k/a UNITED CENTRIFUGAL PUMP,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
     Individually, and as successor to
     BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,
     f/k/a BORG WARNER INDUSTRIAL PRODUCTS
     successor to BYRON JACKSON PUMPS,
CARRIER CORPORATION,
     Individually, and as successor in interest to
     BRYANT HEATING & COOLING SYSTEMS,
CBS CORPORATION, a Delaware Corporation,
     f/k/a VIACOM INC. successor by merger to CBS
     CORPORATION, a Pennsylvania Corporation,
     f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CRANE PUMPS,
EMPIRE-ACE INSULATION MFG. CORP.,
GARLOCK SEALING TECHNOLOGIES LLC,
     f/k/a GARLOCK INC.,
GENERAL MOTORS CORPORATION,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
KEELER-DORR-OLIVER BOILER COMPANY,
KOHLER CO.,
LESLIE CONTROLS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES, INC.,
PREMIER REFRACTORIES, INC.,
     f/k/a ADIENCE, INC., f/k/a BMI,
RAPID-AMERICAN CORPORATION,

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

REYNOLDS METALS COMPANY,
  Individually and as successor in interest to ATLANTIC
ASBESTOS CORP.,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, INC.,
WEIL-MCLAIN,
  a division of THE MARLEY COMPANY,

Defendants.

------------------------------------------------------------------------X


        Plaintiff(s), DONALD WOLF and DOROTHY WOLF, by their attorneys

WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned

alleges as follows:

        1.    Plaintiff(s), DONALD WOLF and DOROTHY WOLF, by their attorneys,

WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

        2.    Defendant AQUA-CHEM, INC., was and still is a duly organized

domestic corporation doing business in the State of New York.

        3.    Defendant AQUA-CHEM, INC., was and still is a duly organized foreign

corporation doing business and/or transacting business in the State of New York and/or should

have expected its acts to have consequences within the State of New York.

        4.    Defendant BUFFALO PUMPS, INC., was and still is a duly organized

domestic corporation doing business in the State of New York.

        5.    Defendant BUFFALO PUMPS, INC., was and still is a duly organized

foreign corporation doing business and/or transacting business in the State of New York and/or

should have expected its acts to have consequences within the State of New York.

        6.    Defendant BW/IP INTERNATIONAL, INC., f/k/a BORG WARNER

INDUSTRIAL PRODUCTS successor to BYRON JACKSON PUMPS, was and still is a duly

organized domestic corporation doing business in the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

7.     Defendant BW/IP INTERNATIONAL, INC., f/k/a BORG WARNER INDUSTRIAL PRODUCTS successor to BYRON JACKSON PUMPS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8.     Defendant CARRIER CORPORATION, Individually, and as successor in interest to BRYANT HEATING & COOLING SYSTEMS, was and still is a duly organized domestic corporation doing business in the State of New York.

9.     Defendant CARRIER CORPORATION, Individually, and as successor in interest to BRYANT HEATING & COOLING SYSTEMS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10.     Defendant CRANE PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

11.     Defendant CRANE PUMPS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

12.     Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

13.     Defendant IMO INDUSTRIES, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

14.     Defendant ITT CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

15.    Defendant ITT CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

16.    Defendant LESLIE CONTROLS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

17.    Defendant LESLIE CONTROLS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

18.    Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

19.    Defendant THE FAIRBANKS COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

20.    Defendant WARREN PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

21.    Defendant WARREN PUMPS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

Plaintiff(s), DONALD WOLF and DOROTHY WOLF, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Dated: *May 29, 2008*
      New York, New York

                                         Yours, etc.,

                                         WEITZ & LUXENBERG, P.C

                                         Attorneys for Plaintiff(s)
                                         180 Maiden Lane
                                         New York, NY  10038
                                         (212) 558-5500

STATE OF NEW YORK    )

                                  SS:

COUNTY OF NEW YORK  )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: May 28, 2008
      New York, New York

                                       CHRIS ROMANELLI

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Index No.: b07498-08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DONALD WOLF and DOROTHY WOLF,

Plaintiff(s),

-against-

A.O. SMITH WATER PRODUCTS CO., et. al.,

Defendants.

## SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
180 Maiden Lane
New York, NY 10038
212-558-5500

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.

Dated, May 29, 2008

**Attorney(s) for**

**EXHIBIT B**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x
DONALD WOLF and DOROTHY WOLF

Index No. 107498-08

                              Plaintiffs,

                -against-

A.O. SMITH WATER PRODUCTS, et al.,

                              Defendants.
-------------------------------------------------------------------x

PLAINTIFFS' RESPONSE TO
DEFENDANTS' FOURTH
AMENDED INTERROGATORIES
AND REQUEST FOR
PRODUCTION OF DOCUMENTS

      Plaintiffs, by and through their attorneys, in response to the Fourth Amended Standard

Set of Interrogatories and Request for Production of Documents propounded by the defendants,

pursuant to C.P.L.R. ARTICLE 31 and the Order of the Honorable Helen Freedman, allege as

follows:

LAW OFFICES
OF
WEITZ
&
LUXENBURG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

1

## INTERROGATORIES

1.  State the following:
    (a) your full name, and all other names by which you have been known;
    (b) age, and date and place of birth;
    (c) whether you were an adopted child;
    (d) present marital status, date of current marriage, spouse's maiden name, dates of any
        prior marriages and the names of any prior spouses, if applicable;
    (e) present home address; and
    (f) social security number.

**ANSWER:**
    (a)     Name: Donald Wolf, a/k/a "Red" or "Big Red".
    (b)     Age:  83 years old.
                    Date of birth: Jan. 17, 1925.
                    Place of birth: Queens, New York.
    (c)     Adopted/natural child:  Natural child.
    (d)     Present marital status:  Married, Dorothy Kugler, 1/26/47.
    (e)     Present home address:  85 Areland Ave, Bangor, PA
    (f)     Social Security Number: 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.

2.  State the following with regard to your father and mother:
    (a) names;
    (b) current address (if deceased, state last known address);
    (c) the current condition of each one's health, including any specific medical problems.
        If either of your parents are deceased, please state for each deceased parent:
        i. specific physical problems;
        ii. date and place of death;
        iii. age and cause of death for each parent.

**ANSWER:**
                    Mother:
                    (a) Name:  Elsie Wolf.
                    (b) Current address: Deceased; Queens, New York
                    (c) Current health condition/specific physical problems: Deceased
                            (i)     Specific physical problems: None.
                            (ii)    Date of Death: Approx. 1949; Place of Death: Queens, NY.
                            (iii)   Age at Death: 58 years old.
                                    Cause of Death: Natural causes.

                    Father:
                    (a) Name:  Charles Wolf.
                    (b) Current address: Deceased; Pittsfield MA.
                    (c) Current health condition/specific physical problems: Deceased
                            (i)     Specific physical problems: None.
                            (ii)    Date of Death: 1980s; Place of Death: Pittsfield, MA.

LAW OFFICES
OF
WEITZ
&
LUXENBURG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

       (iii)    **Age at Death: 74 years old.**
                **Cause of Death: Natural causes.**

3.    State the following with regard to each of your children:
    (a) full name;
    (b) the date of birth;
    (c) sex;
    (d) current address (if deceased, state the last known address);
    (e) social security number;
    (f) whether birth child or adopted child;
    (g) current state of each one's health. If any of your children are deceased, state for each
        deceased child:
        i. specific physical problems;
        ii. date and place of death; and
        iii. age and cause of death for each child.

**ANSWER:**

    i.    **(a) Full name:**                **Donelle Denry.**
          **(b) Date of birth:**            **1954.**
          **(c) Sex:**                       **Female.**
          **(d) Current address:**          **Bethel, PA.**
          **(e) Social Security Number:**   **To be provided.**
          **(f) Adopted/Natural:**         **Natural.**
          **(g) Current state of one's health:**  **Good health.**

4.  State the complete address of all places you have resided since birth giving the inclusive
    dates of residence for each place named and as to each state:
    (a) fuel used for heating and cooking;
    (b) significant home improvements (e.g., additions, reinsulation, re-wiring, etc.);
    (c) number of family units co-occupying said structure.

    **ANSWER:**    **Plaintiff has lived in the following residences:**

        i.    **Address:**      See 1(e).
                **Dates:**        Approximately 1999-present.
                       **(a) Fuel used for heating/cooking: Oil heating and elec.
                       cooking.
                       (b) Significant home improvements: None recalled.
                       (c) Number of family units: Single family home.**

        ii.   **Address:**       **75 C Mamalahoa Hy
                            Holualoa, HI 96725**
                **Dates:**       **Approximately 1989-1999.**

LAW OFFICES
OF
WEITZ
&
LUXENBURG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

3

(a) Fuel used for heating/cooking: Gas heating and elec. cooking.
(b) Significant home improvements: None recalled.
(c) Number of family units: Single family home.

iii.   Address:    228 Rd. E. Nassau
       Dates:      Approximately 1958-1989.
                   (a) Fuel used for heating/cooking: oil heating and elec. cooking.
                   (b) Significant home improvements: None recalled.
                   (c) Number of family units: Single family home.

iv.    Address:    117-06 89th Ave. Richmond Hill NY.
       Dates:      Approximately 1947-1958.
                   (a) Fuel used for heating/cooking: oil heating and elec. cooking.
                   (b) Significant home improvements: None recalled.
                   (c) Number of family units: Single family home.

v.     Address:    120-05 87th Avenue, Richmond Hill, NY.
       Dates:      Approximately Childhood-1947.
                   (a) Fuel used for heating/cooking: oil heating and elec. cooking.
                   (b) Significant home improvements: None recalled.
                   (c) Number of family units: Single family home.

5.     For every physician or other health care provider whoever tested, treated, consulted with or examined you up to and including the present date, for any reason whatsoever, please state the following separately as to each:
(a) name and address of physician or health care provider and, if ongoing, the approximate frequency of said treatment and services; (b) date(s) of test, examination and/or treatment; (c) symptoms complained of at the time, if any;
(d) any diagnosis made;
(e) treatment or examination given and reason for treatment or examination; and (f) any drugs or medications prescribed.

<u>ANSWER</u>: At the present time, Plaintiff is aware of the following doctors and treatment rendered:

Physicians:

i.     (a) Name:    Dr. Lasso, primary care physician.
                    Mt. Bethel Plaza, PA
       (b-f) See medical records.  Authorization will be provided to RecordTrak.

ii.    (a) Name:    Dr. Volk, oncologist

LAW OFFICES
OF
WEITZ
&
LUXENBURG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

4

Allentown, PA
(b-f) See medical records.  Authorization will be provided to RecordTrak.

iii.    (a) Name:    Dr.Burfeind, surgeon.
                    St. Lukes Hosp., E. Stroudsburg, PA
        (b-f) See medical records.  Authorization will be provided to RecordTrak.

iv.    (a) Name:    Dr. Fedani, pulmonologist.
                    447 Plaza E. Stroudsburg, PA.
        (b-f) See medical records.  Authorization will be provided to RecordTrak.

6.      For every hospital, clinic or health care institution in which you have ever been admitted, treated, tested, or examined, whether as an "in-patient" or as an "out- patient," please state the following for each such visit:
        (a) name and address of the facility;
        (b) dates and description of test, treatment, examination or hospitalization and, if ongoing, the approximate frequency of said treatment and services; and
        (c) reason for visit to the facility.

**ANSWER**: At the present time, Plaintiff is aware of the following institutions and treatment rendered (although it is possible that Plaintiff may have been treated or examined in other institutions):

Hospitals/ Facilities:
i.      (a) Hospital:  St. Lukes Hosp., E. Stroudsburg, PA
        (b) Date:     2007/2008.
        Description of test, treatment, examination: Surgery; biopsy performed; Films taken; All were in connection with plaintiff's mesothelioma.  For further details see medical records; Authorization will be provided to RecordTrak
        (c)  Reason for visit: See (b) above.

7.      State each of your asbestos-related injuries and/or diseases, describe the nature of those symptoms that you contend are related to your asbestos-related condition(s), and state the date when you first experienced each such symptom and the date of diagnosis and the name of any diagnosing physician and, if different, indicate the date you first became aware of the diagnosis.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**ANSWER**:  Plaintiff has sustained a number of asbestos-related injuries, including:
*       Mesothelioma;
*       Respiratory discomfort;
*       Shortness of breath;
*       Fatigue and weakness;
*       Emotional and psychological distress;
*       Depression;
*       Anxiety;

- Loss of interest and ability to partake in daily and recreational activities;
- Loss of intimacy.

8.    Describe any pain, incapacity, inability to lead a normal life, inability to work, or disability (including retirement) alleged to have resulted from your medical conditions), including the date and basis therefor.

**ANSWER:**  **Beginning in approximately August 2007 Plaintiff began to experience shortness of breath and fatigue. Since that time Plaintiff's symptoms include increasing shortness of breath, increasing fatigue and weakness, respiratory discomfort, loss of interest and ability to partake in daily and recreational activities, depression, anxiety, and emotional and psychological distress.**

9.    Have you ever had any biopsies or tissue samples taken? If so, please state for each such procedure:

    (a) the name of the physician performing such procedure;
    (b) the address where such procedure was performed;
    (c) the date when such procedure was performed; and
    (d) the results, conclusions, and/or diagnosis arising from such procedure.

**ANSWER:**  **See response to Interrogatory No. 7.**

10.    Have you ever had any chest x-rays, CT Scans and/or pulmonary function tests? If so, state:

    (a) the dates and places;
    (b) the reasons;
    (c) the results and/or diagnosis resulting therefrom;
    (d) the location of all chest X-ray films and CT Scans; and
    (e) provide appropriate authorization to obtain all X-rays, CT Scans and pulmonary function tests.

**ANSWER:**    **See response to Interrogatory No. 7.**

11.    Have you ever been exposed to, used, inhaled or ingested any of the following substances on a regular basis or at work. If so, state the date(s), place(s), and circumstances thereof.

    (a) acids
    (b) aluminum
    (c) arsenic
    (d) barium
    (e) beryllium
    (f) butanol
    (g) cadmium
    (h) carborundum
    (i) chloroethylene
    (j) chlorine
    (k) chromate
    (l) chromite

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

(m) chromium
(n) coal dust (coal)
(o) coal tar
(p) cotton dust
(q) epoxy
(r) ethanol
(s) grinding dust
(t) iron
(u) isocyanates
(v) isopropanol
(w) lead
(x) live chickens
(y) manganese
(z) nickel
(aa) nitrogen dioxide
(ab) nuclear radiation
(ac) ozone
(ad) petroleum distillates
(ae) phosgene
(af) radiation
(ag) silica
(ah) titanium
(ai) toluene
(aj) welding smoke or fumes
(ak) zylene
(al) zinc.

**ANSWER:  Plaintiff is unaware of any exposure to these substances on a regular basis.**

12.    Do you use or have you ever used cigarettes, cigars, pipes, smokeless tobacco, or any other tobacco substance, from birth to the present time? If so, state the following:
(a) the brand and type of tobacco product(s) used (e.g., filter, non-filter, chewing tobacco);
(b) the dates during which you used each such product;
(c) the amount of the product used per day, during each period of time (e.g., 2 packs of cigarettes per day);
(d) whether you have ever been told by a physician that you are or were suffering from any disease or illness caused by or contributed to by tobacco; and
(e) whether you were ever advised by any physician or any other person that use of tobacco products could adversely affect your health and whether you were ever advised to stop using tobacco products, and if so, identify each physician or person who gave you any such advice, the dates on which the advice was given, and state exactly what, if anything, you did in response to that advice.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**ANSWER:  Plaintiff smoked Pall Mall cigarettes from approximately 1940 until 1973.  He smoked up to 2 packages per day at the time he quit.**

13. For each spouse and member of your household, from your birth to the present time, state whether they use or have ever used cigarettes, cigars, pipes, smokeless tobacco, or any other tobacco substance, and if so, state the following:
(a) the brand and type of tobacco product(s) used (e.g., filter, non-filter, chewing tobacco); and
(b) the dates during which they used each such product

**ANSWER: Plaintiff's family members smoked periodically during his life.**

14. Do you presently consume or have you in the past consumed alcoholic beverages. If so, state the following:
(a) the type of alcoholic beverages consumed;
(b) the dates during which you consumed each such alcoholic beverage;
(c) the amount of such beverage you consumed each day; and
(d) whether you have ever been treated for any illness or disease related to your consumption of alcoholic beverages.

**ANSWER: Plaintiff consumes and has consumed an occasional alcoholic beverages on social occasions. He has never been advised to stop**

15. Have you ever been a member of the Armed Forces of the United States? If so, state the following:
(a) the branch of the service, serial number, and highest rank held;
(b) the beginning and ending dates of your military service;
(c) the type of discharge that you received; and
(d) whether you sustained any injuries or incurred any illness during military service.
(e) if you received a medical discharge, attach a copy hereto and set forth the medical reasons.

**ANSWER:**
    **(a) Branch: United States Navy; 777-85.**
    **(b) Years:  From 1943-1946.**
    **(c) Discharge:  Honorable. Authorization will be provided to RecordTrak.**
    **(d) Injury/Illness:  Authorization will be provided to RecordTrak.**
    **(e) Medical Discharge:  No.**

16. As to each and every employer (including military service) you have had from the time you were first employed to the present, set forth the following:

Include on the Chart all employers where you have worked, and all job sites, regardless of whether or not you believe you were exposed to asbestos during the employment. Also, include the source of any product identification information provided on Chart A.

**ANSWER:  See attached Chart A; Defendants are also directed to Plaintiff's Social Security Earnings Information, authorization for which has been provided to RecordTrak.**

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

8

17.    Please state the following with respect to each Asbestos-Containing Product identified on Chart A:
        (a) the color, dimensions, shape, form, texture, weight, appearance and flexibility of each product;
        (b) the appearance of the package or container indicating the manner of packaging, size, dimensions, color and weight; and
        (c) the name, logo, label, numerical and alphabetical markings and other markings or words including warnings on the product and package or container.

**ANSWER: (a-c) Plaintiff was exposed to a variety of different asbestos-containing products during his course of employment and Navy service as indicated on the attached Work History Sheet (Chart "A").**

18.    If you have retired from your employment, set forth the following:
        (a) whether said retirement was voluntary or involuntary;
        (b) the effective date of said retirement;
        (c) the name of your employer at the time of retirement;
        (d) the reason for your retirement;
        (e) whether your retirement was related to any claimed asbestos-related injury; and
        (f) the amount of pension and/or retirement benefits you are receiving or entitled to receive.

**ANSWER:**
      **(a)**    **Retired:  Voluntary.**
      **(b)**    **Date: 1985.**
      **(c)**    **Employer: General Electric Co.**
      **(d)**    **Reason: Wanted to retire.**
      **(e)**    **Asbestos related: No.**
      **(f)**    **Pension/Retirement benefits:  To be provided, if relevant.**

19.    State whether you were exposed (either directly, through a co-worker or otherwise), to any Bankrupt Entity's Asbestos-Containing Materials, or products either mined or manufactured, sold, or distributed by a Bankrupt Entity.  If so, state the following:
(a) As to each and every employer (including military service) you have had from the time you were first employed to the present, set forth the following, concerning Bankrupt Entities' products only:
        i.    Name of employer;
        ii.   Dates of employment;
        iii.  Asbestos-related jobsite and address where Bankrupt Entity's products were being used;
        iv.  Dates you were at the jobsite;
        v.   Job duties at the particular jobsite;
        vi.  Bankrupt Entity's asbestos-containing materials or products to which you were exposed;
        vii. Other companies using Bankrupt Entity's asbestos-containing materials or products at the jobsite; and

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

9

viii. Whether you received any warnings with respect to the use of said product and the nature of those warnings.
(b) If you were exposed to, used, ingested or inhaled any Bankrupt Entity's Asbestos-Containing Products at any time other than in the scope of your employment, state for each such exposure:
i.   the date, location and circumstances; and
ii.  the type of product and the name of the manufacturer, distributor, and miner.

**ANSWER: Plaintiff has not filed any bankruptcy claims at this time.**

20.   If you were exposed to, used, ingested or inhaled asbestos or Asbestos-Containing Products at any time other than in the scope of your employment, state for each such exposure:
(a) the date, location and circumstances; and
(b) the type of product and the name of the manufacturer, distributor, and miner.

**ANSWER: No.**

21.   Have you ever been a member of any labor union? If so, state:
(a) the name and address of each local, national and international labor union;
(b) the inclusive dates of your membership; and
(c) any positions you have held with each such labor union, and the dates during which you held such positions.

**ANSWER: (a-c) No.**

22.   State whether you have ever seen or received any information, instruction, direction, warning, or directive, from any source whatsoever, concerning alleged dangers of exposure to asbestos or Asbestos-Containing Products, and if so, identify:
(a) each such warning, directive, notification, direction, instruction, or information;
(b) the means by which such was given to you;
(c) the source and the date on which it was received by you; and
(d) your response or reaction, including any complaints made or changes in work habits.

**ANSWER: Plaintiff never received any such warnings or directives.**

23.   State whether you had available for use during any period of your employment, respirators or masks or other dust inhalation inhibitor, or protective gear and, if so, state the following:
(a) the period of time during which said items were available;
(b) what instructions were given with regard to the use of each of said items;
(c) whether you used said items and the dates of your use;
(d) whether you ever requested said items, and, if so, when, where and to whom the request was made, and the response to the request.

**ANSWER: Plaintiff does not recall safety equipment being available.**

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

10

24.    If you are making a claim for loss of earnings or impairment of earning power because of your medical conditions, state the following:

    (a) date of commencement of any loss or impairment;

    (b) the name and address of your employer, your job title and your monthly or weekly rate of pay at the time of the alleged commencement of any loss or impairment;

    (c) if you had more than one employer during the three year period prior to the date of the commencement of any loss or impairment, as indicated on Chart A, provide your monthly or weekly rate of pay and inclusive dates of such employment during the three year period;

    (d) your total earnings for the period of three years prior to the commencement of any loss or impairment;

    (e) the inclusive dates during which you allege that you were unable to work as a result of any loss or impairment and the total amount of pay you claim you lost because of this absence;

    (f) the date on which any loss or impairment ended; and

    (g) your monthly or weekly rate of pay which you have received, from the date of any loss or impairment ended through the present time.

**ANSWER: Not applicable.**

25.    Do you claim damages for loss of consortium, society, affection, services, or sexual enjoyment? If so, please set forth in complete detail all facts on which this claim is based, including a complete description of the loss suffered.

**ANSWER:  Plaintiff Dorothy Wolf claims loss of consortium, society, affection, services, and sexual enjoyment.  Plaintiffs are in the process of collecting relevant information and will forward such information to the defendants.**

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

26.    For each person who is or was partially or totally dependent upon you for financial support and assistance during the last ten years, state:
      (a) the name, address, sex, age and relationship; and
      (b) the amounts you contributed during the last ten years for support and assistance.

**ANSWER:**
      **(a) –(b) Plaintiff has provided total financial support to his wife, during the entire marriage.**

27.    State, in the form of an itemized list, all special damages alleged in this lawsuit including, but not limited to, hospital charges, medical charges, medicines, lost wages, etc., naming the person or organization to whom each item of expense was paid or is due, and, if paid, by whom each item of expense was paid.

**ANSWER:  Plaintiff is presently coordinating this information, which will be forwarded upon      receipt.**

28.    Identify and give the substance of all written statements, recordings, or videotapes which relate to the facts of this lawsuit and the damages you claim given by plaintiff or any witness (provided such information is in plaintiff's possession, custody or control and/or such statements, recordings or videotapes are not protected by the attorney-client privilege) in the above-captioned matter.

**ANSWER: Plaintiff is not currently in possession of any such materials.**

29.    Have you ever made any claim for, or received any, health or accident insurance benefits, social security benefits, state or federal benefits for disabilities, workers' compensation benefits, veterans' benefits, tort claims or suits, Federal Employers Liability Act claims or suits, Longshoremen and Harbor Workers Act claims or suits, unemployment compensation insurance benefits, or early payment from any public or private pensions due to disability or your medical condition? If so, state the following:
      (a) the date and place where each such claim was made;
      (b) the name and nature of the entity with which the claim was made;
      (c) any identifying number, such as a docket or petition number, for each claim;
      (d) the defendant, agency, insurer, employer or other entity to or against whom the claim was made and its file number;
      (e) the nature of the claim;
      (f) whether you were examined by a physician and if so, the name and address of that physician;
      (g) the result of such claim, including the amount realized by way of settlement, judgment or award upon the claim;
      (h) the name and address of any attorney who represented you with regard to such claims; and
      (i) whether you are presently receiving such benefits.

**ANSWER: Not applicable.**

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

30.    State the following with regard to your asbestos-related legal action:
    (a) Did you file an asbestos-related claim in more than one (1) jurisdiction;
    (b) Identify all of the jurisdiction(s) where an asbestos-related claim has been filed
        (whether or not these claims have been dismissed or discontinued or otherwise
        resolved) on your behalf;
    (c) Did you file your asbestos-related claim(s) under more than one (1) Index Number;
        and
    (d) Provide all of the Index Numbers for all of your asbestos-related claim(s), including
        all multiple Index Numbers for claims filed in New York County.

**ANSWER: No.**

31.    State whether or not you have made, filed, or submitted a Claim Against Bankrupt Entity
or received funds in settlement from a Bankrupt Entity.  If so, for each claim state the following:
    (a) the date and place where each such claim was made;
    (b) the name and nature of the entity with which the claim was made;
    (c) any identifying number, such as a docket or petition number, for each claim;
    (d) the defendant, agency, insurer, employer or other entity'to or against whom the claim
        was made and its file number;
    (e) the nature of the claim;
    (f) whether you were examined by a physician and if so, the name and address of that
        physician; and
    (g) whether you received any compensation as a result of such claim, but not the amount.

**ANSWER: Plaintiff has not made any such claims at this time.**

32.    State whether you have applied to any Bankrupt Entity or Bankruptcy Court to lift the
stay as to your claim or otherwise have attempted to join a Bankrupt Entity to this action.

**ANSWER: No.**

33.    Have you or your spouse ever been a party to or a witness in any lawsuit, court or
administrative proceeding? If so, please state:
    (a) whether you or your spouse were a party or witness and if party, whether plaintiff or
        defendant;
    (b) the precise name of the lawsuit or proceeding, the court agency in which it was
        brought and the docket number;
    (c) the nature of the charges or claims and, if you or your spouse were a witness, the
        subject matter of the testimony; and
    (d) the disposition of the case.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**ANSWER: On occasion, plaintiff has testified for General Electric in several commercial
disputes.**

34.    Have you or your spouse filed a claim seeking compensation for any alleged asbestos-
related condition from any entity, including settlement trusts?  Specify "Yes" or "No" only.

**ANSWER: No.**

13

35      Identify all entities, whether or not parties to this lawsuit, with whom you have settled or agreed to settle this lawsuit.

**ANSWER: Plaintiff has not yet resolved his case with any entities.**

36.     Identify all persons, other than your attorneys, who provided you with any information used in answering these interrogatories, and state the particular information each person supplied.

**ANSWER: No one.**

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Section VIII (B)(2)(b) of the C.M.O., the defendants request that plaintiffs produce for inspection and copying, the documents and things identified below. The documents and things identified herein shall be produced for inspection and copying at such time as the answers to the interrogatories herein are filed. The following requests include, but are not limited to, documents that relate to Bankrupt Entities.

You are hereby requested to produce the following documents and things:

1.    All documents identified in your answers to these interrogatories.

**ANSWER: Plaintiff relied on various medical records, authorizations for which have been provided to Record Trak. In addition, see responses to request numbers "2" and "6" below.**

2.    All documents relating to the plaintiff's job qualifications and professional licenses held.

**ANSWER:  Plaintiff is not in possession of any such documents.  Authorizations for employment records have been forwarded to RecordTrak.**

3.    All documents relating to the plaintiff's membership in any labor trade association or professional organization.

**ANSWER: Authorizations will be provided to RecordTrak.**

4.    All documents relating to the plaintiff's military or foreign service, including and not limited to, personnel records, discharge papers, military occupational specialty qualifications, promotions, reductions or disciplinary actions.

**ANSWER: Authorizations will be forwarded to RecordTrak.**

5.    All documents relating to any claim or demand ever made by the plaintiff or the plaintiff's decedent for damages, compensation or other benefits allegedly resulting from any illness or injury, including but not limited to, Claims Against Bankrupt Entities, Industrial Accident Board records, social security disability claim records, federal or state employment compensation claim records, social disability records, pension claim record or any other health or accident insurance claim records.

**ANSWER: Not applicable.**

6.    All documents in plaintiff's possession, custody or control relating in any way to the plaintiff's exposure or possible exposure to asbestos, Asbestos-Containing Products and/or Asbestos-Containing Materials.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.

180 MAIDEN LANE
NEW YORK, N.Y. 10038

**ANSWER**: Any documents Plaintiffs intend to use will be identified in accordance with the Case Management Order.

7.      All documents in plaintiff's possession, custody or control relating in any way to the plaintiff's or the plaintiff's decedent's exposure or possible exposure to silica, acids, beryllium, nuclear radiation, ammonia, cadmium, chlorine, chromate, phosgene, grinding dust, coal dust, cotton dust, nickel, welding smoke or fumes.

**ANSWER**: Plaintiff is unaware of any such exposures but nonetheless is not in possession of any such documents.

8.      All documents, of which you have ever become aware, relating in any way to warnings, potential health hazards, instructions or precautions regarding the use or handling of, or exposure to, asbestos, Asbestos-Containing Products, and/or Asbestos-Containing Materials.

**ANSWER**: Plaintiff is not in possession of any such documents.

9.      All applications prepared or submitted by or on behalf of the plaintiff's for life insurance, medical insurance, health and accident insurance, and/or disability insurance.

**ANSWER**: Plaintiff is not in possession of any such documents.

10.     All statements, recorded interviews, films, videotapes, reports, questionnaires, forms or other documents made, submitted, compiled, prepared or filled out by, on behalf of, or under the direction of, plaintiff relating in any way to exposure or alleged exposure to asbestos, Asbestos-Containing Products and/or Asbestos-Containing Materials or any other issues relating to this lawsuit except that information prepared by, for, or at the request of plaintiff's counsel must be identified (including the date made), but need not be produced without an order by the Court, provided that written or recorded communication between plaintiff and counsel, made after an attorney-client relationship has been established, and attorney work product, need not be produced or identified.

**ANSWER**: Plaintiff's Exhibit List and List of Deposition Testimony will identify all photographs, films, movies or video recordings that Plaintiff intends to use at trial pursuant to applicable sections of the New York C.P.L.R.

11.     All records in plaintiff's possession, custody or control relating to comments, complaints, suggestions, or proposals made to your employer or your union, by yourself or by other employees or union members regarding asbestos exposure.

**ANSWER**: Plaintiff is not in possession of any such records.

12.     All written, recorded, filmed, transcribed or videotaped statements of all parties and non-party declarants pertaining to the subject of this lawsuit, except that information prepared by, for, or at the request of plaintiff's counsel must be identified (including the date made), but need not be produced without an order by the Court, provided that written or recorded communication

16

between plaintiff and counsel made after an attorney-client relationship has been established and attorney work product need not be produced or identified.

**ANSWER:  Plaintiff's Exhibit List and List of Deposition Testimony will identify all photographs, films, movies or video recordings that Plaintiff intends to use at trial pursuant to applicable sections of the New York C.P.L.R.**

13.    All photographs of the plaintiff or the plaintiff's decedent at work or in work clothes and all photographs of all products or conditions complained of in the plaintiff's or the plaintiff's decedent's place of employment.

**ANSWER: Plaintiff is not presently in possession of any such photographs.**

14.    Copies of all itemized bills covering all the special damages and losses and expenses claimed in this matter.

**ANSWER: To be provided, if located.**

15.    Copies of all reports, correspondence and records from any doctor who has examined the decedent, any hospital where the decedent has been treated either as an inpatient or as an outpatient, except for any reports, records, correspondence, or communications issued by any consulting physicians who have been retained or specially employed in anticipation of litigation or preparation for trial and who are not expected to be called as a witness at trial.

**ANSWER:  Appropriate medical authorizations will be provided to RecordTrak.**

16.    All tissue specimens, tissue slides, and x-ray films and CT scans pertaining to the plaintiff.

**ANSWER:  Authorizations will be provided to RecordTrak.**

17.    Copies of plaintiff's income tax returns for the last ten years of plaintiff's employment and up to the current year as well as any other documents, including economic loss reports, upon which plaintiff relies in support of his claims. If loss of earnings or earning capacity is alleged or claimed to have occurred before the current year, include copies of the income tax returns of the plaintiff from ten years prior to the claimed loss and up to the current tax year.

**ANSWER: Not applicable – Plaintiff retired in 1996.  Authorization will not be provided.**

18.    Any asbestos and/or Asbestos-Containing Products or product packaging of the type to which the plaintiff alleges exposure and which the plaintiff has in his possession, custody or control.

**ANSWER:  Plaintiff is not in possession of any such materials.**

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

17

19.    All photographs, charts, drawing, diagrams or other graphic representations depicting work conditions at work sites where the plaintiff claims the plaintiff was exposed to asbestos or Asbestos-Containing Products.

**ANSWER:  Plaintiff is not in possession of any such materials.**

20.    All invoices, bills, statements and any other writings or records which the plaintiff contends evidence the sale of any Asbestos-Containing Products to the place of the plaintiff's or plaintiff's decedent's employment at which plaintiff claims that plaintiff or plaintiff's decedent was exposed to asbestos. This does not include documents in the possession, custody or control of plaintiff's attorney unless such documents were provided by plaintiff to his/her attorney and are not privileged.

**ANSWER:  See response to item no. "6"**

21.    Any written advice, publication, warning, order, directive, requirement, or recommendation, which advised or warned of the possible harmful effects of exposure to or inhalation of asbestos or Asbestos-Containing Products in the products in the possession, custody or control of the plaintiff.

**ANSWER:  Plaintiff is not in possession of any such materials.**

22.    Any accident or incident reports which relate to the facts, circumstances or incidents which form the basis of plaintiff's complaint.

**ANSWER:  Plaintiff is not in possession of any accident or incident reports.**

Dated:  New York, New York
        May 28, 2008

                                        Respectfully submitted,

                                        WEITZ AND LUXENBERG, PC
                                        Attorneys for Plaintiffs
                                        180 Maiden Lane, 17th Floor
                                        New York, NY 10038

                                        By: _____
                                            Chris Romanelli, Esq.

# EXHIBIT A

<u>Bankrupt Entity</u> includes, without limitation: UNR Industries, Inc., Johns-Manville Co., Amatex Corp., Waterman Steamship Corp., Wallace & Gale Co., Forty-Eight Insulations, Inc., PACOR, Prudential Lines, Inc., Standard Insulations, Inc., US Lines, Nicolet, Inc., Gatke Corp., Chemetron Corp., Raytech, Delaware Insulations, Celotex Corp., Hillsborough Holdings, National Gypsum Co., Standard Asbestos Mfg. & Insul., Eagle-Picher, H.K. Porter Co., Cassiar Mines, Keene Corp., American Shipbuilding, Inc., Lykes Brothers Steamship, Rock Wool Mfg., SGL Carbon, M.H. Detrick, Brunswick Fabricators, Fuller-Austin Insul., Harnischfeger Corp., Joy Technologies, Rutland Fire & Clay, Babcock & Wilcox, Pittsburgh Corning, Burns & Roe Enterprises, E.J. Bartells, Owens Corning, Armstrong World Industries, G-1 Holdings (GAF Corp.), W.R. Grace, Skinner Engine Co., USG (US Gypsum) Corp., Federal Mogul, Eastco Industrial Safety Corp., Washington Group Int'l, Inc., Bethlehem Steel, North American Refractories, Kaiser Aluminum, Plibrico Refractories, Porter-Hayden, American Club, Huxley Development Corp., Harbison-Walker Refractories Co., Continental Producers Corp., A.P. Green Indus., Shook & Fletcher, Atra Group, Inc. (Synkoloid), and ACandS, Inc; C.E. Thurston.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Donald Wolf

CHART A

JOBSITE-SPECIFIC EXPOSURE HISTORY

| Name of Employer | Dates of Employment | Asbestos-related Jobsite & Address | Dates You Were at Jobsite | Job Duties | ACM* Used Personally | Other ACM to Which You Were Exposed** | Other Workers on Jobsite, including supervisor | ACM identified by Such Other Workers | Other Companies Using ACM at Job Sites |
|---|---|---|---|---|---|---|---|---|---|
| United States Navy, | 1943-1946 | LCI(G)-455 | 1943-1946 | Diesel engineer | Plaintiff worked with and assisted others who worked with asbestos gaskets, packing and insulation used in connection machinery and equipment such as boilers, turbines, pumps, valves, blowers, tanks, chillers, heaters, evaporators, air conditioners, diesel engines, steam lines and other like equipment.

Presently, plaintiff can recall the following manufacturers:
Diesel engines: General Motors 671s and 361 diesel engines. | Plaintiff worked with and assisted others who worked with asbestos gaskets, packing and insulation used in connection machinery and equipment such as boilers, turbines, pumps, valves, blowers, tanks, chillers, heaters, evaporators, air conditioners, engines, steam lines and other like equipment.

Presently, plaintiff can recall the following manufacturers:
Diesel engines: General Motors 671s and 361 diesel engines. | To be provided. | To be provided. | To be provided. |

LAW OFFICES OF WEITZ & LUXENBERG, P.C. 180 MAIDEN LANE NEW YORK, N.Y. 10038

20

| Name of Employer | Dates of Employment | Asbestos-related Jobsite & Address | Dates You Were at Jobsite | Job Duties | ACM Used Personally | Other ACM to Which You Were Exposed** | Other Workers on Jobsite, including supervisor | ACM Identified by Such Other Workers | Other Companies Using ACM at Job Sites |
|---|---|---|---|---|---|---|---|---|---|
| Martin Gatze Engineering, Jamaica, NY | 1946-1948 | Numerous commercial and residential sites throughout the City of New York. | 1946-1948 | Boilermaker/pipefitter/plumber | Plaintiff was exposed to asbestos-containing block, pipe covering, gaskets, packing, cement and cloth while installing new boilers and heating systems. Plaintiff cannot presently identify all of the manufacturers of such products but states that he would have been exposed to, would have handled and/or worked with all such materials manufactured during the period he was employed. Plaintiff will further rely upon the testimony of coworkers and other evidence demonstrating the presence of various manufacturers' products. | Plaintiff worked with and around and assisted others who worked with asbestos gaskets, packing and insulation used in connection machinery and equipment such as boilers, turbines, pumps, valves, blowers, tanks, chillers, heaters, evaporators, air conditioners, engines, steam lines and other like equipment in the ship's engine spaces. Plaintiff cannot presently identify all of the manufacturers of such products but states that he would have been exposed to, would have handled and/or worked with all such materials manufactured during the period he was employed. Plaintiff will further rely upon the testimony of coworkers and other | To be provided. | To be provided. | To be provided. |

| Name of Employer | Dates of Employment | Asbestos-related Jobsite & Address | Dates You Were at Jobsite | Job Dates | ACM Used Personally | Other ACM to Which You Were Exposed** | Other Workers on Jobsite, including supervisor | ACM identified by Such Other Workers | Other Companies Using ACM at Job Sites |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | evidence demonstrating the presence of various manufacturers' products. | | | |
| Pan American Airlines | 1948-1950 | Jamaica, NY | 1948-1950 | Systems analyst | No known asbestos exposure. | No known asbestos exposure. | To be provided. | To be provided. | |
| Ideal Incorporated | 1950-1954 | Brooklyn, NY | 1950-1954 | Systems analyst | No known asbestos exposure. | No known asbestos exposure. | To be provided. | To be provided. | To be provided. |
| General Electric Company | 1954-1985 | Pittsfield, MA | 1954-1985 | Systems analyst | No known asbestos exposure. | No known asbestos exposure. | To be provided. | To be provided. | To be provided. |

** Identify brand and manufacturer names, if known.

As of 5/29/08

# Donald Wolf Service Rider

NANCY MCDONALD, ESQ.
McELROY, DEUTCH & MULVANEY
1300 MOUNT KEMBEL AVENUE
MORRISTOWN, NJ  07962-2075
PHONE # (973) 993-8100
FAX # (973) 425-0161
NMCDONALD@MDMC-LAW.COM
**COUNSEL FOR A.O. SMITH WATER PRODUCTS CO.**

JULIE EVANS, ESQ.
ERIK C. DIMARCO, ESQ.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
150 EAST 42ND STREET
NEW YORK, NY  10017-5639
PHONE # (212) 490-3000
FAX # (212) 490-3038
JULIE.EVANS@WILSONELSER.COM
**COUNSEL FOR A.W. CHESTERTON CO.**

THEODORE EDER, ESQ.
CHRIS GANNON, ESQ.
ROB KENNEY, ESQ.
SEGAL McCAMBRIDGE SINGER & MAHONEY
830 THIRD AVENUE, SUITE 400
NEW YORK, NY 10022
PHONE # (212) 651-7500
FAX # (212) 651-7499
TEDER@SMSM.COM
**COUNSEL FOR ANCHOR PACKING CO., BW/IP INTERNATIONAL, INC., f/k/a BORG WARNER INDUSTRIAL PRODUCTS, successor to BYRON JACKSON PUMPS, GARLOCK SEALING TECHNOLOGIES LLC f/k/a GARLOCK, INC., AND H.B. FULLER CO.**

ART BROMBERG, ESQ.
WEINER LESNIAK LLP
629 PARSIPPANY ROAD
P.O. BOX 438
PARSIPPANY, NJ 07054-0438
PHONE # (973) 403-1100
FAX # (973) 403-0010
ABROMBERG@WEINERLESNIAK.COM
**COUNSEL FOR BMCE, INC. f/k/a UNITED CENTRIFUGAL PUMP**

EDWARD WILBRAHAM, ESQ.
JOHN HOWARTH, ESQ.
WILBRAHAM, LAWLER & BUBA
1818 MARKET STREET, SUITE 3100
PHILADELPHIA, PA 19103
PHONE # (215) 564-4141
FAX # (215) 564-4385
EWILBRAHAM@WLBDEFLAW.COM
**COUNSEL FOR  BUFFALO PUMPS, INC.**

JOHN J. FANNING, ESQ.
CULLEN & DYKMAN
177 MONTAGUE STREET
BROOKLYN, NY  11201
PHONE # (718) 855-9000
FAX # (718) 935-1509
JFANNING@CULLENANDDYKMAN.COM
**COUNSEL FOR BURNHAM, LLC as successor to  BURNHAM CORP., GOULDS PUMPS, INC., AND LESLIE CONTROLS, INC.**

WILLIAM BRADLEY, ESQ.
MALABY, CARLISLE & BRADLEY LLC
150 BROADWAY
NEW YORK, NY 10038
PHONE # (212) 791-028500
FAX # (212) 791-0286
WBRADLEY@MCBLLC.ORG
**COUNSEL FOR  CBS CORPORATION, a Delaware Corp., f/k/a/ VIACOM INC., successor by merger to CBS CORPORATION, a Pennsylvania Corp.,  f/k/a WESTINGHOUSE ELECTRIC CORP., CLEAVER BROOKS CO.,  J.H. FRANCE REFRACTORIES CO.,  WARREN PUMPS, INC., AND WEIL-MCLAIN, a division of THE MARLEY CO.**

As of 5/29/08

JULIE EVANS, ESQ.
ERIK C. DiMARCO, ESQ.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
150 EAST 42ND STREET
NEW YORK, NY 10017-5639
PHONE # (212) 490-3000
FAX # (212) 490-3038
JULIE.EVANS@WILSONELSER.COM
**COUNSEL FOR CARRIER CORP., as successor in interest to BRYANT HEATING & COOLING SYSTEMS**

JUDITH YAVITZ, ESQ.
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NEW YORK
PHONE # (212) 205-6093/6022
FAX # (212) 521-5450
JYAVITZ@REEDSMITH.COM
**COUNSEL FOR CERTAIN-TEED CORP.**

KIRSTEN KNEIS, ESQ.
KIRKPATRICK & LOCKHART, NICHOLSON, GRAHAM, LLP
ONE NEWARK CENTER, 10TH FLOOR
NEWARK, NJ 07102
PHONE # (973) 848-4000
FAX # (973) 848-4001
KKNEIS@KLNG.COM
**COUNSEL FOR CRANE CO., AND CRANE PUMPS**

STEVE KEVELSON, ESQ.
ONE COZINE AVENUE
BROOKLYN, NY 11201
PHONE # (718) 649-4900
FAX # (718) 649-4902
**COUNSEL FOR EMPIRE ACE INSULATION MFG. CORP.**

MARK FEINSTEIN, ESQ.
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
757 THIRD AVENUE
NEW YORK, NY 10017
PHONE # (212) 593-6700
FAX # (212) 593-6970
**COUNSEL FOR GENERAL MOTORS CORP.**

FRANCIS F. QUINN, ESQ.
TIM McHUGH, ESQ.
LAVIN, O'NEIL RICCI, CEDRONE & DiSIPIO
420 LEXINGTON AVENUE, SUITE 2900
GRAYBAR BUILDING
NEW YORK, NY 10170
PHONE # (212) 319-6898
FAX # (212) 319-6932
TMCHUGH@LAVIN-LAW.COM
**COUNSEL FOR GENERAL MOTORS CORP.**

JOSEPH COLAO, ESQ.
HELEN CHUNG, ESQ.
LEADER & BERKON LLP
630 3RD AVENUE, 17TH FLOOR
NEW YORK, NY 10017
PHONE # (212) 486-2400
FAX # (212) 486-3099
JCOLAO@LEADERBERKON.COM
**COUNSEL FOR IMO INDUSTRIES, INC.**

LISA M. PASCARELLA, ESQ.
PEHLIVANIAN, BRAATEN & PASCARELLA, LLC
2430 ROUTE 34
MANASQUAN, NJ 08736
PHONE # (732) 528-8888
FAX # (732) 528-4445
LP@PEHLI.COM
**COUNSEL FOR INGERSOLL-RAND CO.**

2

PHILIP GOLDSTEIN, ESQ.
MCGUIRE WOODS LLP
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NY 10105
PHONE # (212) 548-2100
FAX # (212) 715-2315
PGOLDSTEIN@MCGUIREWOODS.COM
**COUNSEL FOR ITT INDUSTRIES, INC., AND TRANE U.S. INC., f/k/a AMERICAN STANDARD, INC.**

RICHARD MARIN, ESQ.
MARIN GOODMAN, LLP
40 WALL STREET
NEW YORK, NY 10005
TEL: (212) 661-1151
FAX: (212) 661-1141
RMARIN@MARINGOODMAN.COM
**COUNSEL FOR KEELER/DORR-OLIVER BOILER CO.**

MARC S. GAFFREY, ESQ.
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS
40 PATTERSON STREET
P.O. BOX 480
NEW BRUNSWICK, NJ  08903
PHONE # (732) 545-4717
FAX # (732) 545-4579
MGAFFREY@HOAGLANDLONGO.COM
**COUNSEL FOR KOHLER CO.**

ADAM J. KIPNIS, ESQ.
BARBARA HOPKINS KELLY , ESQ.
WILSON, ELSER MOSKOWITZ, EDELMAN & DICKER, LLP
33 WASHINTON STREET
NEWARK, NEW JERSEY 07102-5003
PHONE # - (973) 624-0800
FAX # - (973) 624-0799
**COUNSEL FOR OAKFABCO, INC.**

PAUL A. SCRUDATO, ESQ.
SCHIFF HARDIN & WAITE
623 FIFTH AVENUE, SUITE 2800
NEW YORK, NY 10022
PHONE # (212) 753-5000
FAX # (212) 753-5044
PSCRUDATO@SCHIFFHARDIN.COM
**COUNSEL FOR OWENS-ILLINOIS, INC.**

JAMES M. SKELLY, ESQ.
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
530 SAW MILL RIVER ROAD
ELMSFORD, NEW YORK 10523
PHONE # (914) 345-3701
FAX # (914) 345-3743
**COUNSEL FOR PREMIER REFRACTORIES, INC. f/k/a ADIENCE/BMI**

LAWRENCE MCGIVNEY, ESQ.
MCGIVNEY& KLUGER, P.C.
80 BROAD ST., 23RD FLOOR
NEW YORK, NY 10004
PHONE  212 509-3456
FAX  212 509-4420
LMCGIVNEY@MCGIVNEYANDKLUGER.COM
**COUNSEL FOR THE FAIRBANKS CO.**

LINDA YASSKY, ESQ.
SONNENSCHEIN NATH & ROSENTHAL
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
PHONE # (212) 398-5297
FAX # (212) 768-6800
LYASSKY@SONNENSCHEIN.COM
**COUNSEL FOR RAPID AMERICAN CORPORATION**

3

As of 5/29/08

LORI ELLIOT GUZMAN, ESQ.
HUTTON & WILLIAMS
RIVERFRONT PLAZA EAST TOWER
951 EAST BYRD STREET"
RICHMOND, VA 23219
PHONE #(804) 788-8362
FAX # (804) 788-8218
COUNSEL FOR REYNOLDS METALS CO. as successor in interest to ATLANTIC ASBESTOS CORP.

4

**EXHIBIT C**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X     Index No.: 107498-08

DONALD WOLF and DOROTHY WOLF,

                                    Plaintiff(s),

                    -against-

A.O. SMITH WATER PRODUCTS CO.,
A.W. CHESTERTON COMPANY,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
BMCE INC.,
      f/k/a UNITED CENTRIFUGAL PUMP,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
      Individually, and as successor to
      BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,
      f/k/a BORG WARNER INDUSTRIAL PRODUCTS
      successor to BYRON JACKSON PUMPS,
CARRIER CORPORATION,
      Individually, and as successor in interest to
      BRYANT HEATING & COOLING SYSTEMS,
CBS CORPORATION, a Delaware Corporation,
      f/k/a VIACOM INC. successor by merger to CBS
      CORPORATION, a Pennsylvania Corporation,
      f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CRANE PUMPS,
EMPIRE-ACE INSULATION MFG. CORP.,
GARLOCK SEALING TECHNOLOGIES LLC,
      f/k/a GARLOCK INC.,
GENERAL MOTORS CORPORATION,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
KEELER-DORR-OLIVER BOILER COMPANY,
KOHLER CO.,
LESLIE CONTROLS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES, INC.,

Date Filed:

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

The Basis of Venue is
Defendants' Place of Business

**SUPPLEMENTAL
SUMMONS**



PREMIER REFRACTORIES, INC.,
    f/k/a ADIENCE, INC., f/k/a BMI,
RAPID-AMERICAN CORPORATION,
REYNOLDS METALS COMPANY,
    Individually and as successor in interest to ATLANTIC
ASBESTOS CORP.,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, INC.,
WEIL-MCLAIN,
    a division of THE MARLEY COMPANY,
**BRYANT HEATING & COOLING SYSTEMS,**
**NATIONAL BOILER WORKS, INC.,**
**YORK INDUSTRIES CORP.,**

Defendants

-------------------------------------------------------------------------X

To the above named Defendant(s)

      **You are hereby summoned** to answer the **amended verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded
in the complaint.

Dated, June 03, 2008
    New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
180 Maiden Lane
New York, New York 10038
(212) 558-5500

**DEFENDANTS' RIDER**

Nancy McDonald Esq.
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
Attorneys for Defendant:
     **A.O. SMITH WATER PRODUCTS CO.**

Erik DiMarco Esq
Julie Evans Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017
Attorneys for Defendant:
     **A.W. CHESTERTON COMPANY**
     **CARRIER CORPORATION,**
       **Individually, and as successor in interest to**
       **BRYANT HEATING & COOLING SYSTEMS**

Chris Gannon Esq
Robert Kenney Esq
Theodore Eder Esq
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY
830 Third Avenue
Suite 400
New York, NY 10022
(212) 912-3665
fax:(212) 912-3667
Attorneys for Defendant:
     **ANCHOR PACKING COMPANY**
     **BW/IP INTERNATIONAL, INC.,**
       **f/k/a BORG WARNER INDUSTRIAL PRODUCTS**
       **successor  to BYRON JACKSON PUMPS**
     **GARLOCK SEALING TECHNOLOGIES LLC,**
       **f/k/a GARLOCK INC.**
     **H.B. FULLER COMPANY**

David Goodearl Esq
Joseph Carlisle Esq
Mary Ellen Connor Esq
William Bradley Esq
MALABY & BRADLEY LLC
150 Broadway, Suite 600
New York, NY 10038
(212) 791-0285
Attorneys for Defendant:
    **AQUA-CHEM, INC.**
    **CBS CORPORATION, a Delaware Corporation,**
        **f/k/a VIACOM INC. successor by merger to CBS**
        **CORPORATION, a Pennsylvania Corporation,**
        **f/k/a WESTINGHOUSE ELECTRIC CORPORATION**
    **CLEAVER BROOKS COMPANY, INC.**
    **J.H. FRANCE REFRACTORIES COMPANY**
    **WARREN PUMPS, INC.**
    **WEIL-MCLAIN,**
        **a division of THE MARLEY COMPANY**

Arthur Bromberg Esq
WEINER LESNIAK LLP (NJ)
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054
(973) 403-1100
fax:(973) 403-0010
Attorneys for Defendant:
    **BMCE INC.,**
        **f/k/a UNITED CENTRIFUGAL PUMP**

Kenneth Krajewski Esq
BROWN & KELLY, LLP
1500 Liberty Building
Buffalo, NY 14202
(716) 854-2620
fax:(716) 854-0082
Attorneys for Defendant:
    **BUFFALO PUMPS, INC.**

John Burbridge Esq
John J. Fanning Esq.
CULLEN AND DYKMAN BLEAKLEY PLATT, LLP
177 Montague Street
Brooklyn, NY 11201
(718) 855-9000
fax:(718) 935-1509
Attorneys for Defendant:
    **BURNHAM, LLC,**
        **Individually, and as successor to**
        **BURNHAM CORPORATION**
    **GOULDS PUMPS, INC.**
    **LESLIE CONTROLS, INC.**

Judith Yavitz Esq.
REED SMITH, LLP.
559 Lexington Ave.
New York, NY 10022
(212) 205-6093
Attorneys for Defendant:
### CERTAIN TEED CORPORATION

Kirsten Kneis Esq.
Michael Waller Esq
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
One Newark Center
10th Floor
Newark, NJ 07102
(973) 848-4000
fax:(973) 848-4001
Attorneys for Defendant:
### CRANE CO.
### CRANE PUMPS

Steve Kevelson Esq.
One Cozine Avenue
Brooklyn, NY 11201
Attorneys for Defendant:
### EMPIRE-ACE INSULATION MFG. CORP.

Nancy Pennie Esq
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
757 Third Avenue
New York , NY 10017
Attorneys for Defendant:
### GENERAL MOTORS CORPORATION

Joseph Colao Esq.
Joseph Fontak Esq
LEADER & BERKON LLP
630 Third Avenue
New York, NY 10017
(212) 486-2400
fax:(212) 486-3099
Attorneys for Defendant:
### IMO INDUSTRIES, INC.
### PEERLESS INDUSTRIES, INC.

Lisa  Pascarella Esq
PEHLIVANIAN, BRAATEN & PASCARELLA, LLC
Paynters Ridge Office Park
2430 Route 34 - P.O. Box 648
Manasquan, NJ 08736
(732) 528-8888
fax:(732) 528-4445
Attorneys for Defendant:
### INGERSOLL-RAND COMPANY

Philip Goldstein Esq
Yvette Harmon Esq
MCGUIRE WOODS LLP
1345 Avenue of the Americas
7th Floor
New York, NY 10105
(212) 548-2100
fax:(212) 715-2315
Attorneys for Defendant:
    **ITT CORPORATION**
    **TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.**

Richard Marin Esq.
MARIN GOODMAN, LLP
40 Wall Street
57th Floor
New York, NY 10005
(212) 661-1151
fax:(212) 661-1141
Attorneys for Defendant:
    **KEELER-DORR-OLIVER BOILER COMPANY**

Marc Gaffrey Esq.
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS
40 Patterson Street
P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717
fax:(732) 545-4579
Attorneys for Defendant:
    **KOHLER CO.**

Theresa Marangas Esq
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
677 Broadway
9th Floor
Albany, NY 12207
(518) 449-8893
Attorneys for Defendant:
    **OAKFABCO, INC.**

Paul Scrudato Esq
SCHIFF HARDIN & WAITE
900 Third Avenue
23rd Floor
New York, NY 10022
(212) 753-5000
Attorneys for Defendant:
    **OWENS-ILLINOIS, INC.**

James Skelly Esq
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
530 SAW MILL RIVER ROAD
Elmsford, NY 10523
(914) 345-3701
fax:(914) 345-3701
Attorneys for Defendant:
### PREMIER REFRACTORIES, INC.,
#### f/k/a ADIENCE, INC., f/k/a BMI

Linda Yassky Esq.
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 398-5800
fax:(212) 398-5245
Attorneys for Defendant:
### RAPID-AMERICAN CORPORATION

Robert Rolfe Esq.
HUNTON & WILLIAMS
Riverfront Plaza - East Tower
951 East Byrd Street
Richmond, VA 23219
Attorneys for Defendant:
### REYNOLDS METALS COMPANY,
#### Individually and as successor in interest to ATLANTIC ASBESTOS CORP.

Lawrence McGivney Esq.
MCGIVNEY & KLUGER, P.C.
80 Broad Street
23rd Floor
New York, NY 10004
(212) 233-1550
fax:(212) 233-4987
Attorneys for Defendant:
### THE FAIRBANKS COMPANY

Norman Senoir Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016
Attorneys for Defendant:
### U.S. RUBBER COMPANY (UNIROYAL)

### BRYANT HEATING & COOLING SYSTEMS
CT Corporation Systems
111 8th Avenue
New York, NY 10011

### NATIONAL BOILER WORKS, INC.
4556 Industrial Parkway
Cleveland, OH 44135

**YORK INDUSTRIES CORP.**
c/o John Ronca, Jr., Esq.
RONCA, MCDONALD & HANLEY
5 Regent Street, Suite 517
Livingston, NJ 07039

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X Index No: 107498-08
DONALD WOLF and DOROTHY WOLF,

Date Filed:

Plaintiff(s),

-against-

**AMENDED
VERIFIED
COMPLAINT**

A.O. SMITH WATER PRODUCTS CO.,
A.W. CHESTERTON COMPANY,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
BMCE INC.,
   f/k/a UNITED CENTRIFUGAL PUMP,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
   Individually, and as successor to
   BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,
   f/k/a BORG WARNER INDUSTRIAL PRODUCTS
   successor  to BYRON JACKSON PUMPS,
CARRIER CORPORATION,
   Individually, and as successor in interest to
   BRYANT HEATING & COOLING SYSTEMS,
CBS CORPORATION, a Delaware Corporation,
   f/k/a VIACOM INC. successor by merger to CBS
   CORPORATION, a Pennsylvania Corporation,
   f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CRANE PUMPS,
EMPIRE-ACE INSULATION MFG. CORP.,
GARLOCK SEALING TECHNOLOGIES LLC,
   f/k/a GARLOCK INC.,
GENERAL MOTORS CORPORATION,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
KEELER-DORR-OLIVER BOILER COMPANY,
KOHLER CO.,
LESLIE CONTROLS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES, INC.,
PREMIER REFRACTORIES, INC.,
   f/k/a ADIENCE, INC., f/k/a BMI,
RAPID-AMERICAN CORPORATION,

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
EW YORK, N.Y. 10038

REYNOLDS METALS COMPANY,
   Individually and as successor in interest to ATLANTIC
ASBESTOS CORP.,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, INC.,
WEIL-MCLAIN,
   a division of THE MARLEY COMPANY,
**BRYANT HEATING & COOLING SYSTEMS,**
**NATIONAL BOILER WORKS, INC.,**
**YORK INDUSTRIES CORP.,**

                        Defendants
-------------------------------------------------------------X

         Plaintiff(s), DONALD WOLF and DOROTHY WOLF, by their attorneys,

WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned

alleges as follows:

      1.   Plaintiff(s), DONALD WOLF and DOROTHY WOLF, by their

attorneys, WEITZ & LUXENBERG, P.C., for their **amended verified complaint** respectfully

alleges:

      2.   Defendant AQUA-CHEM, INC., was and still is a duly organized

domestic corporation doing business in the State of New York.

      3.   Defendant AQUA-CHEM, INC., was and still is a duly organized foreign

corporation doing business and/or transacting business in the State of New York and/or should

have expected its acts to have consequences within the State of New York.

      4.   **Defendant BRYANT HEATING & COOLING SYSTEMS, was and**

**still is a duly organized domestic corporation doing business in the State of New York.**

      5.   Defendant BUFFALO PUMPS, INC., was and still is a duly organized

domestic corporation doing business in the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

6.    Defendant BUFFALO PUMPS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

7.    Defendant BW/IP INTERNATIONAL, INC., f/k/a BORG WARNER INDUSTRIAL PRODUCTS successor to BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

8.    Defendant BW/IP INTERNATIONAL, INC., f/k/a BORG WARNER INDUSTRIAL PRODUCTS successor to BYRON JACKSON PUMPS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

9.    Defendant CARRIER CORPORATION, Individually, and as successor in interest to BRYANT HEATING & COOLING SYSTEMS, was and still is a duly organized domestic corporation doing business in the State of New York.

10.    Defendant CARRIER CORPORATION, Individually, and as successor in interest to BRYANT HEATING & COOLING SYSTEMS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

11.    Defendant CRANE PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

12.    Defendant CRANE PUMPS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

13.    Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

14.    Defendant IMO INDUSTRIES, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

15.    Defendant ITT CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

16.    Defendant ITT CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

17.    Defendant LESLIE CONTROLS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

18.    Defendant LESLIE CONTROLS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

19.    **Defendant NATIONAL BOILER WORKS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.**

20.    **Defendant NATIONAL BOILER WORKS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.**

21.    Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

22.    Defendant THE FAIRBANKS COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

23.    Defendant WARREN PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

24.    Defendant WARREN PUMPS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

Plaintiff(s), DONALD WOLF and DOROTHY WOLF, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: June 03, 2008
      New York, New York

Yours, etc.,

WEITZ & LUXENBERG, P.C

Attorneys for Plaintiff(s)
180 Maiden Lane
New York, NY  10038
(212) 558-5500

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------------X  Index No.: 0 8 1 0 7 4 9 8

DONALD WOLF and DOROTHY WOLF,                          Date Filed: /

                                        Plaintiff(s),        Plaintiff Designates
                                                             **NEW YORK**
                                                             County as the Place of Trial
            -against-
                                                             The Basis of Venue is
A.O. SMITH WATER PRODUCTS CO.,                               Defendants' Place of Business
A.W. CHESTERTON COMPANY,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
BMCE INC.,                                                   **SUMMONS**
    f/k/a UNITED CENTRIFUGAL PUMP,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
    Individually, and as successor to
    BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,
    f/k/a BORG WARNER INDUSTRIAL PRODUCTS
    successor to BYRON JACKSON PUMPS,
CARRIER CORPORATION,
    Individually, and as successor in interest to
    BRYANT HEATING & COOLING SYSTEMS,
CBS CORPORATION, a Delaware Corporation,
    f/k/a VIACOM INC. successor by merger to CBS
    CORPORATION, a Pennsylvania Corporation,
    f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CRANE PUMPS,
EMPIRE-ACE INSULATION MFG. CORP.,
GARLOCK SEALING TECHNOLOGIES LLC,
    f/k/a GARLOCK INC.,
GENERAL MOTORS CORPORATION,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
KEELER-DORR-OLIVER BOILER COMPANY,
KOHLER CO.,
LESLIE CONTROLS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES, INC.,
PREMIER REFRACTORIES, INC.,
    f/k/a ADIENCE, INC., f/k/a BMI,

FILED

MAY 29 2008

COUNTY CLERK'S OFFICE
NEW YORK

PID-AMERICAN CORPORATION,
REYNOLDS METALS COMPANY,
    Individually and as successor in interest to ATLANTIC
ASBESTOS CORP.,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, INC.,
WEIL-MCLAIN,
    a division of THE MARLEY COMPANY,

                        Defendants.
-------------------------------------------------------------------X
To the above named Defendant(s)

     **You are hereby summoned** to answer the **verified** complaint in this action and to serve a
copy of your answer, or, if the complaint is not served with this summons, to serve a notice of
appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons,
exclusive of the day of service (or within 30 days after the service is complete if this summons is
not personally delivered to you within the State of New York); and in case of your failure to
appear or answer, judgment will be taken against you by default for the relief demanded in the
complaint.

Dated, May 29, 2008
     New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
180 Maiden Lane
New York, New York 10038
(212) 558-5500

## DEFENDANTS' RIDER

**O. SMITH WATER PRODUCTS CO.**
11270 West Park Place
Milwaukee, WI 11270

**A.W. CHESTERTON COMPANY**
Joseph E. Riley
225 Fallon Road
Stoneham, MA 02180

**ANCHOR PACKING COMPANY**
CT Corporation System
100 Pine Street,
Suite 325
Harrisburg, PA 17101

**AQUA-CHEM, INC.**
7800 North 113th Street
Milwaukee, WI 53224

**BMCE INC.,**
   **f/k/a UNITED CENTRIFUGAL PUMP**
Weiner Lesniak LLP
Anna M. DiLonardo
888 Veterans Memorial Highway
Hauppague, NY 11788

**BUFFALO PUMPS, INC.**
874 OLIVER STREET
N. TONAWANDA, NY 14120

**BURNHAM, LLC,**
   **Individually, and as successor to**
   **BURNHAM CORPORATION**
1239 Harrisburg Pike
Lancaster, PA 17603

**BW/IP INTERNATIONAL, INC.,**
   **f/k/a BORG WARNER INDUSTRIAL PRODUCTS**
   **successor to BYRON JACKSON PUMPS**
200 South Michigan Avenue
Chicago, IL 60604

**CARRIER CORPORATION,**
   **Individually, and as successor in interest to**
   **BRYANT HEATING & COOLING SYSTEMS**
CT Corporation System
111 8th Avenue
New York, NY 10011

**FULLER COMPANY**
Charles Becker, Esq.
Meagher & Geer
4200 Multifoods Tower
33 South Sixth Street
33 South Sixth Street
Minneapolis, MN 55402-3788

**IMO INDUSTRIES, INC.**
997 Lenox Drive
Suite 111
Lawrenceville, NJ 08648

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**ITT CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**J.H. FRANCE REFRACTORIES COMPANY**
SPECIAL CLAIMS SERVICES, INC.
809 Coshocton Avenue
Suite 1
Mount Vernon, OH 43050-1931

**KEELER-DORR-OLIVER BOILER COMPANY**
Wayne A. Marvel, Esq.
Maron & Marvel
1300 North Broom Street
Wilmington, DE 19806-4206

**KOHLER CO.**
HOAGLAND, LONGO, MORAN, DUNST, &
DOUKAS, LLP
Marc S. Gaffrey, Esq.
40 Patterson Street
New Brunswick, NJ 08903

**LESLIE CONTROLS, INC.**
12501 Telecom Drive
Tampa, FL 33637

**OAKFABCO, INC.**
705 McKnight Park Drive
Pittsburgh, PA

**OWENS-ILLINOIS, INC.**
One Michael Owens Way
Perrysburg, OH 43551

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

...LESS INDUSTRIES, INC.
...Martindell
McGivney & Kluger, P.C
23 Vreeland Road, Suite 220


Florham Park, NJ 07932

**PREMIER REFRACTORIES, INC.,**
  **f/k/a ADIENCE, INC., f/k/a BMI**
Special Claims Services, Inc.
809 Coshocton Avenue, Suite 1
Attention: Donald E. Ward, President
Mount Vernon, OH 43050

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

**REYNOLDS METALS COMPANY,**
  **Individually and as successor in interest to ATLANTIC ASBESTOS CORP.**
Lori Elliott Guzman, Esq.
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

**THE FAIRBANKS COMPANY**
CT Corporation System (GA)
1201 Peachtree Street NE
Atlanta , GA 30361

**TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.**
Michele Corcoran, New Filings Manager
c/o PACE
1009 Lenox Drive, Bldg 4 Suite 101
Lawrenceville, NJ 08648

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**WARREN PUMPS, INC.**
82 Bridges Avenue
Warren, MA 01083

**WEIL-MCLAIN,**
  **a division of THE MARLEY COMPANY**
500 Blaine Street
Michigan City, IN 46360

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**CORPORATION, a Delaware Corporation,**
***f/k/a* VIACOM INC. successor by merger to CBS**
**CORPORATION, a Pennsylvania Corporation,**
***f/k/a* WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**CERTAIN TEED CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**CLEAVER BROOKS COMPANY, INC.**
11950 West Park Place
Milwaukee, WI 11270

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**CRANE PUMPS**
CT Corporation System
1300 East Ninth Street
Cleveland , OH 44114

**EMPIRE-ACE INSULATION MFG. CORP.**
c/o THE SECRETARY OF STATE
41 State Street
Albany, NY 12207

**GARLOCK SEALING TECHNOLOGIES LLC,**
**    f/k/a GARLOCK INC.**
CT Corporation System
111 8th Avenue
New York, NY 10011

**GENERAL MOTORS CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**GOULDS PUMPS, INC.**
240 Fall Street
Seneca Falls, NY 13148

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------------X
DONALD WOLF and DOROTHY WOLF,

                                                Plaintiff(s),

                              -against-

A.O. SMITH WATER PRODUCTS CO.,
A.W. CHESTERTON COMPANY,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
BMCE INC.,
    f/k/a UNITED CENTRIFUGAL PUMP,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
    Individually, and as successor to
    BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,
    f/k/a BORG WARNER INDUSTRIAL PRODUCTS
    successor to BYRON JACKSON PUMPS,
CARRIER CORPORATION,
    Individually, and as successor in interest to
    BRYANT HEATING & COOLING SYSTEMS,
CBS CORPORATION, a Delaware Corporation,
    f/k/a VIACOM INC. successor by merger to CBS
    CORPORATION, a Pennsylvania Corporation,
    f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CRANE PUMPS,
EMPIRE-ACE INSULATION MFG. CORP.,
GARLOCK SEALING TECHNOLOGIES LLC,
    f/k/a GARLOCK INC.,
GENERAL MOTORS CORPORATION,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
KEELER-DORR-OLIVER BOILER COMPANY,
KOHLER CO.,
LESLIE CONTROLS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES, INC.,
PREMIER REFRACTORIES, INC.,
    f/k/a ADIENCE, INC., f/k/a BMI,
RAPID-AMERICAN CORPORATION,

Index No.:

Date Filed:

**VERIFIED
COMPLAINT**

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

LDS METALS COMPANY,
individually and as successor in interest to ATLANTIC
ASBESTOS CORP.,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, INC.,
WEIL-MCLAIN,
   a division of THE MARLEY COMPANY,

                        Defendants.
------------------------------------------------------------------------X

        Plaintiff(s), DONALD WOLF and DOROTHY WOLF, by their attorneys
WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned
alleges as follows:

        1.    Plaintiff(s), DONALD WOLF and DOROTHY WOLF, by their attorneys,
WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

        2.    Defendant AQUA-CHEM, INC., was and still is a duly organized
domestic corporation doing business in the State of New York.

        3.    Defendant AQUA-CHEM, INC., was and still is a duly organized foreign
corporation doing business and/or transacting business in the State of New York and/or should
have expected its acts to have consequences within the State of New York.

        4.    Defendant BUFFALO PUMPS, INC., was and still is a duly organized
domestic corporation doing business in the State of New York.

        5.    Defendant BUFFALO PUMPS, INC., was and still is a duly organized
foreign corporation doing business and/or transacting business in the State of New York and/or
should have expected its acts to have consequences within the State of New York.

        6.    Defendant BW/IP INTERNATIONAL, INC., f/k/a BORG WARNER
INDUSTRIAL PRODUCTS successor to BYRON JACKSON PUMPS, was and still is a duly
organized domestic corporation doing business in the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

7.      Defendant BW/IP INTERNATIONAL, INC., f/k/a BORG WARNER INDUSTRIAL PRODUCTS successor to BYRON JACKSON PUMPS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8.      Defendant CARRIER CORPORATION, Individually, and as successor in interest to BRYANT HEATING & COOLING SYSTEMS, was and still is a duly organized domestic corporation doing business in the State of New York.

9.      Defendant CARRIER CORPORATION, Individually, and as successor in interest to BRYANT HEATING & COOLING SYSTEMS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10.     Defendant CRANE PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

11.     Defendant CRANE PUMPS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

12.     Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

13.     Defendant IMO INDUSTRIES, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

14.     Defendant ITT CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

15.    Defendant ITT CORPORATION, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

16.    Defendant LESLIE CONTROLS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

17.    Defendant LESLIE CONTROLS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

18.    Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

19.    Defendant THE FAIRBANKS COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

20.    Defendant WARREN PUMPS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

21.    Defendant WARREN PUMPS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.


Plaintiff(s), DONALD WOLF and DOROTHY WOLF,  repeats and realleges  NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7  as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

*May 29, 2008*
New York, New York

Yours, etc.,

WEITZ & LUXENBERG, P.C

Attorneys for Plaintiff(s)
180 Maiden Lane
New York, NY  10038
(212) 558-5500

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

46-3004R-100M92

# COUNTY CLERK, NEW YORK COUNTY

Application for INDEX NUMBER pursuant to Section 8018, C.P.L.R.

## FEE $210.00

| | INDEX NUMBER |
|---|---|
| | Do not write in this space |

Space below to be TYPED or PRINTED by applicant

## TITLE OF ACTION OR PROCEEDING

DONALD WOLF and DOROTHY WOLF
                    Plaintiff(s)

vs

A.O. SMITH WATER PRODUCTS CO. et al.
                    Defendant(s)

CHECK ONE

| | | | |
|---|---|---|---|
| ☐ | COMMERCIAL ACTION | X | NOT COMMERCIAL ACTION |
| ☐ | CONSUMER CREDIT TRANSACTION | X | NOT CONSUMER CREDIT TRANSACTION |
| ☐ | THIRD PARTY ACTION | X | NOT THIRD PARTY ACTION |

**IF THIRD PARTY ACTION MAIN INDEX NO.** _____

SEE ATTACHED FULL CAPTION RIDER

**Name and address of Attorney for Plaintiff or Petitioner. Telephone No.**
Weitz & Luxenberg, PC
180 Maiden Lane
New York, NY 10038
212-558-5500

**Name and address of Attorney for Defendant or Respondent. Telephone No.**

*08107498*

**A. Nature and object of action or Nature of special proceeding**   Personal Injury: Asbestos Exposure

**B. Application for Index Number filed by:  Plaintiff ☒   Defendant ☐**

**C. Was a previous Third Party Action filed  Yes ☐   No ☒**
**Date filed**

180 MAIDEN LANE
NEW YORK, N.Y. 10038

UARFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES, INC.,
PREMIER REFRACTORIES, INC.,
    f/k/a ADIENCE, INC., f/k/a BMI,
RAPID-AMERICAN CORPORATION,

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------------X

DONALD WOLF and DOROTHY WOLF,

                           Plaintiff(s),       **FULL CAPTION**
                                             **RIDER**

              -against-

A.O. SMITH WATER PRODUCTS CO.,
A.W. CHESTERTON COMPANY,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
BMCE INC.,
    f/k/a UNITED CENTRIFUGAL PUMP,
BUFFALO PUMPS, INC.,
BURNHAM, LLC,
    Individually, and as successor to
    BURNHAM CORPORATION,
BW/IP INTERNATIONAL, INC.,
    f/k/a BORG WARNER INDUSTRIAL PRODUCTS
    successor to BYRON JACKSON PUMPS,
CARRIER CORPORATION,
    Individually, and as successor in interest to
    BRYANT HEATING & COOLING SYSTEMS,
CBS CORPORATION, a Delaware Corporation,
    f/k/a VIACOM INC. successor by merger to CBS
    CORPORATION, a Pennsylvania Corporation,
    f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CRANE PUMPS,
EMPIRE-ACE INSULATION MFG. CORP.,
GARLOCK SEALING TECHNOLOGIES LLC,
    f/k/a GARLOCK INC.,
GENERAL MOTORS CORPORATION,
GOULDS PUMPS, INC.,
H.B. FULLER COMPANY,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
KEELER-DORR-OLIVER BOILER COMPANY,
KOHLER CO.,
LESLIE CONTROLS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES, INC.,
PREMIER REFRACTORIES, INC.,
    f/k/a ADIENCE, INC., f/k/a BMI,
RAPID-AMERICAN CORPORATION,

REYNOLDS METALS COMPANY,
    Individually and as successor in interest to ATLANTIC
ASBESTOS CORP.,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, INC.,
WEIL-MCLAIN,
    a division of THE MARLEY COMPANY,

                                        Defendants.

---------------------------------------------------------------------X

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK**

```
————————————————————————————x
                                    :
IN RE:   NEW YORK CITY              :
         ASBESTOS LITIGATION        :
                                    :
————————————————————————————x
                                    :
THIS DOCUMENT RELATES TO:           :
                                    :
DONALD WOLF and DOROTHY WOLF,       :
                                    :
                                    :
                Plaintiffs          :
```

**INDEX NO. 08-107498**

**ACKNOWLEDGMENT
OF RECEIPT**

Defendant Reynolds Metals Company ("Reynolds") (Reynolds is misidentified as "successor in interest to Atlantic Asbestos Corporation" in the Complaint), hereby acknowledges receipt of the Summons and Complaint of Plaintiff(s) in this action.

Defendant Reynolds hereby answers the Complaint in this action by reference to its Standard Answer filed pursuant to the governing NYCAL Case Management Order and raises against Plaintiff(s) each affirmative defense contained in its Standard Answer.

Defendant Reynolds hereby raises the cross-claim contained in its Standard Answer.

Dated:   New York, New York
         June 13, 2008

                              **HUNTON & WILLIAMS LLP**

                              By: _____
                                  J. Michael Showalter
                                  Paulo R. Lima
                                  Attorney for Reynolds Metals Company
                                  200 Park Avenue, 52nd Floor
                                  New York, New York  10166
                                  (212) 309-1000

**FILED**

JUN 17 2008

COUNTY CLERK'S OFFICE
NEW YORK

                                  David Craig Landin
                                  Lori Elliott Jarvis
                                  Attorneys for Reynolds Metals Company
                                  951 East Byrd Street
                                  Richmond, Virginia  23219
                                  (804) 788-8200

## ATTORNEY'S AFFIRMATION OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

BRADFORD C. MULDER, an attorney admitted to practice in the Courts of the State of New York, affirms under penalty of perjury:

That on June 16, 2008, I served a true copy of the attached Acknowledgment of Receipt of a Summons and Complaint upon plaintiff's counsel on the attached service list, via First Class Mail, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York and notified all defendants' counsel of this filing at the addresses listed on the attached service list via facsimile.

Dated:    New York, New York
          June 16, 2008

                              _____
                              BRADFORD C. MULDER

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

------------------------------------------------------------ :

IN RE: NEW YORK CITY ASBESTOS LITIGATION    :

------------------------------------------------------------ :

THIS DOCUMENT RELATES TO:                   :

                                        :    Index No.: 08-107498

                                        :

Donald Wolf and Dorothy Wolf,               :

                                        :    (Hon. Helen Freedman)

                                        :

                                        :

           Plaintiff(s)                  :

    -against-                            :    **ACKNOWLEDGEMENT**

                                        :    **OF SERVICE & ANSWER**

Keeler/Dorr-Oliver Boiler Company, *et al.*,  :    **TO THE AMENDED**

                                        :    **VERIFIED COMPLAINT**

           Defendants.                   :

------------------------------------------------------------ :

Defendant KEELER/DORR-OLIVER BOILER COMPANY by its attorneys MARIN

GOODMAN, LLP, hereby acknowledges receipt of the Supplemental Summons and Amended

Verified Complaint in this action.

KEELER/DORR-OLIVER BOILER COMPANY hereby answers the Complaint in this

action by reference to its latest Standard Answer(s) to Plaintiff's Standard Asbestos Complaint

for Personal Injury/Wrongful Death filed pursuant to NYCAL Amended Case Management

Order, dated September 20, 1996, and asserts each of the answers, affirmative defenses and cross

claims contained in its latest Standard Answer(s).

Dated: June 17, 2008                        Respectfully submitted,
       New York, New York                 MARIN GOODMAN, LLP

 

 

FILED

JUN 17 2008

NEW YORK
COUNTY CLERK'S OFFICE

 

By:  Richard P. Marin
     Attorney for Defendant,
     Keeler/Dorr-Oliver Boiler Company
     40 Wall Street, 57th Floor
     New York, NY 10005
     (212) 661-1151

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

DONALD WOLF and DOROTHY WOLF

          Plaintiff(s),

      -against-

A.O. SMITH WATER PRODUCTS CO., et. al.,

          Defendant(s).

-------------------------------------------------------------------X

Index No.: 107498-08

AFFIDAVIT OF SERVICE
BY MAIL

**FILED**

JUN - 6 2008

NEW YORK
COUNTY CLERK'S OFFICE

STATE OF NEW YORK    )
                   ) SS.:
COUNTY OF NEW YORK  )

      Clem Nicholas, being duly sworn, says:

      That I am not a party to this action, am over eighteen ( 18 ) years of age, and reside in the State of New York.

      That on the 5th day of June, 2008, I served a true copy of the Supplemental Summons and amended Complaint, on the attorneys for the defendants set forth in the attached rider, by depositing a true copy of same securely enclosed in a post paid wrapper in an official depository under the exclusive care and custody of the United States Post Office department within the State of New York, directed to said attorney.

                                        Clem Nicholas

Sworn to before me this
5th day of June, 2008

Notary Public

MARIE VANBUREN
Notary Public, State of New York
No. 01VA6071252
Qualified in New York County
Commission Expires March 11, 2010